# EXHIBIT 1

Filing # 249141322 E-Filed 05/28/2026 02:37:28 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ADRIEL VEGA,
an individual

Plaintiff,

vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_______________________________/

## COMPLAINT FOR DAMAGES

Plaintiff, ADRIEL VEGA (the "Insured"), hereby sues Defendant, FREEDOM LIFE INSURANCE COMPANY OF AMERICA (the "Insurance Company"), and alleges as follows:

## PARTIES, JURISDICTION & VENUE

1. This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs and fees.

2. The Insured is a Florida individual who at all times material hereto has been located in Miami-Dade County, Florida.

3. FREEDOM LIFE INSURANCE COMPANY OF AMERICA, a Foreign Profit Corporation, is an insurance company duly authorized to conduct business in the State of Florida.

4. Venue is proper in Miami-Dade County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Miami-Dade County.

5. All conditions precedent to the filing of this lawsuit have occurred, have been waived or have been performed.

**GENERAL ALLEGATIONS**

6. At all times material hereto, in consideration of a premium paid by the Insured, there was in full force and effect certain health insurance policy issued by the Insurance Company.

7. Accordingly, under the terms of the Policy, the Insurance Company agreed to provide insurance coverage to the Insured for medical service claims. A copy of the Policy is not attached hereto because it is not in the Insured's possession.

8. On or about August 12th, 2025, while the Policy was in full force and effect, the Insured underwent surgery.

9. The Insurance Company denied coverage for the surgery because it determined that the surgery was due to a Pre-Existing Condition.

10. The Insured has repeatedly asked the Insurance Company to reconsider its decision. However, the Insurance Company refuses to provide payment to for the claims, as Insured is entitled to under the Policy.

11. To date, the Insurance Company has failed to provide payment to the Insured for his claim, as he is entitled to under the Policy.

12. The Insured has suffered and continue to suffer damages resulting from Insurance Company's breach of the Policy.

13. The Insured has been obligated to retain the undersigned attorney for the prosecution of this action and is entitled to reasonable attorney's fees pursuant to Florida Statute Section 624.428.

**COUNT I**
**BREACH OF CONTRACT**

The Insured reincorporates paragraphs 1 through 13 as if fully set forth herein.

14. It is undisputed that the Insured and the Insurance Company entered into a written contract, the Policy, wherein the Insured agreed to pay a premium and the Insurance Company agreed to provide health insurance coverage to the Insured.

15. The Insured has paid all premiums due and owing as contemplated by the Policy; thus, fully performing their obligations under the Policy.

16. To date, the Insurance Company has failed to provide payment for the surgery which the Insured underwent on August 12th, 2025, as he is entitled to under the Policy.

17. As a direct and proximate result of the Insurance Company's breach of the Policy, the Insured has sustained damages.

**WHEREFORE**, the Insured demands judgment against the Insurance Company for breach of contract for failure to pay claims related to the August 12th, 2025, surgery together with attorney's fees, courts costs, interests and any and all other damages and remedies which the law and court may afford.

**DEMAND FOR JURY TRIAL**

1. Plaintiff demands trial by jury of all issues so triable as a matter of right.

Respectfully submitted this 28th day of May 2026.

Respectfully submitted,

*/s/ Hoss Hernandez*
HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305) 859-2222 Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com