# EXHIBIT 2

Filing # 249926885 E-Filed 06/09/2026 10:52:37 AM

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# VERIFIED RETURN OF SERVICE

**State of Florida** **County of Miami-Dade** **Circuit Court**

Case Number: 2026010792CA01

Plaintiff:
**Adriel Vega**

vs.

Defendant:
**Freedom Life Insurance Company of America,a Foreign Profit Corp.**

For:
HOSS HERNANDEZ,ESQUIRE
3250 NW 7TH STREET
MIAMI, FL 33125

Received by Holly Slater on the 3rd day of June, 2026 at 6:29 am to be served on **FREEDOM LIFE INSURANCE COMPANY OF AMERICA C/O DEPT OF FINANCIAL SERIVCES, UNITED AGENT GROUP INC., 801 US HWY 1, NORTH PALM BEACH, FL 33408.**

I, Holly Slater, do hereby affirm that on the **3rd day of June, 2026** at **9:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint;Plaintiff's First Request for Production;Plaintiff's First Request for Admissions;Plaintiff's F.R.C.P.1.280 Initial Disclosures;Plaintiff's Notice of Service of First set of Interrogatories;** with the date and hour of service endorsed thereon by me, to: **GEORJA JOSEPH** as **CLERK** for **FREEDOM LIFE INSURANCE COMPANY OF AMERICA C/O DEPT OF FINANCIAL SERIVCES**, at the address of: **UNITED AGENT GROUP INC., 801 US HWY 1, NORTH PALM BEACH, FL 33408**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: Seat, Weight: 160, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, a member in good standing in the county in which service was effected in accordance with State Statute,in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

**Holly Slater**
CPS#2097

**AJS PROCESS SERVICE**
**9236 NW 1ST STREET**
**PEMBROKE PINES, FL 33024**

Our Job Serial Number: APO-2026001390

Copyright © 1992-2026 DreamBuilt Software, LLC - Process Server's Toolbox V9.0e

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Filing # 249143966 E-Filed 05/28/2026 02:52:03 PM

DELIVERED 6/3/2026 9:55 AM
SERVER HS
LICENSE CPS#2097

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2026-010792-CA-01

ADRIEL VEGA,
an individual

Plaintiff,

vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.

______________________________/

**CIVIL ACTION SUMMONS**

STATE OF FLORIDA:

To each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

**By Serving:** FREEDOM LIFE INSURANCE COMPANY OF AMERICA
**c/o Department of Financial Services**
UNITED AGENT GROUP INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

**A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court.** A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning form the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the telephone book).

If you choose to file a written response yourself, at the same time you file a written response to the Court located at: