# EXHIBIT 3

# FREEDOM LIFE INSURANCE COMPANY OF AMERICA

**300 Burnett Street Ste. 200 ● Fort Worth, Texas 76102 ● (800) 387-9027**

MAY 30, 2025

ADRIEL VEGA
[redacted]
MIAMI, FL 33176-0000

RE: Certificate Number 52Z609085F

**WELCOME** to Freedom Life Insurance Company of America and the USHEALTH Group family of Companies. I wanted to be one of the first to thank you for placing your trust in our Company in helping you meet your health coverage needs. The entire USHEALTH Group team is committed to making sure that your decision was the right one.

Your coverage plan is enclosed. Please take time to read through it, especially your application and schedule page, to make sure that all of the information is accurate. Let us know immediately if there are any discrepancies, so we can get them resolved.

Your member identification cards have been mailed to you separately from these documents. Carry one of these ID cards in your purse or wallet so it will be handy if you should need medical treatment. If your plan utilizes a PPO network, you will see the network name and logo on the card. You will want to be sure that your healthcare providers see this network identification so that you receive the proper discounts for medical services rendered. A toll free 800 number for the PPO network is listed on the card to help you identify participating providers in your area. You may also access the network directory by using the web-site address which is provided on the card. If by chance, you don't receive your ID cards within 5 days of receiving this packet, call us immediately so we can assist you.

To begin my commitment to you and express our appreciation for your business, I am guaranteeing that your health coverage premium will not be increased for two years, unless you relocate or make changes to your coverage plan. The two year rate guarantee would also be subject to any mandated federal or state law changes affecting premium rates.

Freedom Life Insurance Company of America and USHEALTH Group are proud of our reputation for top-notch customer service, whether it's a friendly answer to a question, providing additional information or forms or in the processing of a coverage change or claim for benefits. It is my hope and goal that we make this your health coverage home for years to come!

Sincerely,

Troy McQuagge
President