# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: ____________________
State Court Case No.: 2026-010792-CA-01

ADRIEL VEGA,

Plaintiff,

v.

FREEDOM LIFE INSURANCE
COMPANY OF AMERICA.

Defendant.
_________________________________/

**DECLARATION OF NICK EDWARDS**

NICK EDWARDS declares and says:

1. I am over twenty-one years of age and I make this Declaration on personal knowledge.

2. I am an authorized representative of Freedom Life Insurance Company of America (“Freedom Life”).

3. In my position as Vice President of Consumer Affairs, I am generally familiar with the manner in which Freedom Life maintains its business records related to the submission and administration of benefit claims.

4. I have authority to certify that the documents referenced or attached to this declaration are true and correct copies of records made at or near the time of the acts, transactions, occurrences and/or events of the matters set forth by, or from information transmitted by, a person having regular knowledge of those matters; were maintained by Freedom Life in the regular course of its business; and were made as a regular business activity of Freedom Life.

5. Freedom Life regularly maintains, in its business records, health claim submissions from providers as well as remittances which are transmitted to providers explaining the administration or adjudication of such health claims.

6. The information contained in this Declaration was derived from my personal knowledge and from the business records of Freedom Life, which were contemporaneously maintained in the ordinary course of business. Specifically, I have personal knowledge regarding and access to Freedom Life's internal claims systems.

7. Freedom Life's business records reflect that Adriel Vega, or medical providers on his behalf, submitted various health claims to Freedom as described below.

8. Freedom Life's business records reflect that certain of the health claims were denied.

9. Freedom Life's business records reflect that Policy No. 52Z609085F and No. 527A70382Y were issued to Adriel Vega.

10. Freedom Life's business records reflect that it received health claims for medical services rendered to Adriel Vega between July 9, 2025 and September 17, 2025, including emergency department services, diagnostic imaging, professional services, and an inpatient spine surgery performed on August 12, 2025. True and correct copies of these health claims are attached here as composite ***Exhibit 1.*** The total billed charges for the health claims at issue is in excess of $118,000.

11. Based on Freedom Life's claim records and contemporaneous EOB Detail Reports, which are attached here as composite ***Exhibit 2***, maintained in the ordinary course of business, without overlap between the two referenced policies, the billed charges for the health claims at issue is $118,715.73. The EOB Detail Reports also reflect how the health claims would have been adjudicated had they been covered under the above referenced policies.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on July 1, 2026, at Fort Worth, TX.

NICK EDWARDS



87260598;7

# DECLARATION
# EXHIBIT 1

252090156S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — CARRIER — PICA

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 0 0 TO 0 0 0 0

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, JOSEPH,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5412
2. M5020
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 9 | 25 | 7 | 9 | 25 | 22 | | 99204 | FS | 1 2 | 571.00 | 1 | | NPI | 1790861144 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION — PATIENT AND INSURED INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 571.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL OF
8900 NORTH KENDALL DRIVE
MIAMI FL 331762118
a. b.

33. BILLING PROVIDER INFO & PH # ( )
JOBYNA WHITING
PO BOX 198054 STE 600
ATLANTA GA 30384
a. 1891893343 b. BAPTIST HEALTH MEDICA

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted]

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 152.77 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252090210S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ______ DATE ______

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, JOSEPH,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5020 3.

2. M5412 4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 10 | 25 | 7 | 10 | 25 | 22 | | 99239 | | 1 2 | 299.00 | 1 | | NPI | 1477780039 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 299.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL OF
8900 NORTH KENDALL DRIVE
MIAMI FL 331762118

a. b.

33. BILLING PROVIDER INFO & PH # ( )
IVETTE ACOSTATRANT
PO BOX 198054 STE 600
ATLANTA GA 30384

a. 1891893343 b. BAPTIST HEALTH MEDICA

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted]

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 84.59 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252090419S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) ☐ MEDICAID (Medicaid #) ☐ TRICARE CHAMPUS (Sponsor's SSN) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (SSN or ID) ☐ FECA BLK LUNG (SSN) ☐ OTHER (ID) ☐

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ☑ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single ☐ Married ☐ Other ☐

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES ☐ NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME:

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☑ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ____ DATE ____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 0 0 TO 0 0 0 0

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, CHRISTIAN,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? ☐ YES ☐ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5000
2.
3.
4.

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 18 | 25 | 7 | 18 | 25 | 11 | | 99204 | | 1 | 535.00 | 1 | | NPI | 1093926115 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 596014973 SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☑ YES ☐ NO

28. TOTAL CHARGE: $ 535.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

a. b.

33. BILLING PROVIDER INFO & PH # ( )

CHRISTOPHER DEMASSI
PO BOX 538500 STE 300
ATLANTA GA 30353

a. 1114931888 b. MEMORIAL DIV NEUROSU

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 201.52 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252105371S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: MM DD YY 0 0 0 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, ,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5412 3.

2. M5020 4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 99285 | | 1 2 | 1487.00 | 1 | | NPI | 1427206358 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ✔ NO

28. TOTAL CHARGE $ 1,487.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

a. b.

33. BILLING PROVIDER INFO & PH # ( )

ALEXANDER GARCIA
PO BOX 80221
PHILADELPHIA PA 19101

a. 1346287166 b. SHERIDAN ER PHY SRV S

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 1,487.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252127396S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — PICA — CARRIER

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted] A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single ☐ Married ☐ Other ☐

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES ☐ NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: MM DD YY ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP): 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM 0 0 0 0 TO 0 0 0 0

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, JOSEPH,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? ☐ YES ☐ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M50122
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 10 | 25 | 7 | 10 | 25 | 22 | | 99222 | FS | 1 | 418.00 | 1 | | NPI | 1518947324 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 205155995 SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES ☐ NO

28. TOTAL CHARGE: $ 418.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL OF
8900 NORTH KENDALL DRIVE
MIAMI FL 331762118

a. b.

33. BILLING PROVIDER INFO & PH # ( )
MOISES LUSTGARTEN
PO BOX 198054 STE 600
ATLANTA GA 30384

a. 1891893343 b. BAPTIST HEALTH MEDICA

# Addenda Page

Patient's Name
V[redacted], A[redacted]L,

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 147.19 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252182902S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

Employed Full-Time Student Part-Time Student

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, WENDY,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5412 3. Z79899

2. Z01818 4. Z131

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 22 | 25 | 7 | 22 | 25 | 11 | | 99214 | | 1 2 3 4 | 336.00 | 1 | | NPI | 1407994395 |
| 2 | 7 | 22 | 25 | 7 | 22 | 25 | 11 | | 71046 | | 2 1 | 87.00 | 1 | | NPI | 1407994395 |
| 3 | 7 | 22 | 25 | 7 | 22 | 25 | 11 | | 36415 | | 1 2 3 4 | 6.00 | 1 | | NPI | 1407994395 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 429.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HEALTH PRIMA
13101 SOUTH DIXIE HIGHWAY
PINECREST FL 331566509
a. b.

33. BILLING PROVIDER INFO & PH # ( )
DAVID SCHOLL
PO BOX 198054 STE 600
ATLANTA GA 30384
a. 1891893343 b. BAPTIST HEALTH MEDICA

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 91.23 | | 0.00 | 0.00 | 0.00 |
| 2. | 27.16 | | 0.00 | 0.00 | 0.00 |
| 3. | 1.05 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252193651S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA

CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted]8 TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, DAVID,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. Z131
2. M5412
3. Z79899
4. Z01818

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 22 | 25 | 7 | 22 | 25 | 81 | | 83036 | | 1 2 3 4 | 84.95 | 1 | | NPI | 1518903350 |
| 2 | 7 | 22 | 25 | 7 | 22 | 25 | 81 | | 85730 | | 4 1 2 3 | 59.19 | 1 | | NPI | 1518903350 |
| 3 | 7 | 22 | 25 | 7 | 22 | 25 | 81 | | 81001 | | 1 2 3 4 | 54.44 | 1 | | NPI | 1518903350 |
| 4 | 7 | 22 | 25 | 7 | 22 | 25 | 81 | | 85025 | | 2 3 4 | 52.05 | 1 | | NPI | 1518903350 |
| 5 | 7 | 22 | 25 | 7 | 22 | 25 | 81 | | 85610 | | 4 1 2 3 | 44.62 | 1 | | NPI | 1518903350 |
| 6 | 7 | 22 | 25 | 7 | 22 | 25 | 81 | | 80053 | | 1 2 3 4 | 100.75 | 1 | | NPI | 1518903350 |

25. FEDERAL TAX I.D. NUMBER: 382084239 SSN EIN

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 396.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
QUEST DIAGNOSTICS MI
10200 COMMERCE PKWY
MIRAMAR FL 330253938
a. b.

33. BILLING PROVIDER INFO & PH # ( )
QUEST DIAGNOSTICS MI
PO BOX 41733
PHILADELPHIA PA 19101
a. 1932166386 b. QUEST DIAGNOSTICS ATL

PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted]

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 6.67 | | 0.00 | 0.00 | 0.00 |
| 2. | 4.13 | | 0.00 | 0.00 | 0.00 |
| 3. | 2.18 | | 0.00 | 0.00 | 0.00 |
| 4. | 5.34 | | 0.00 | 0.00 | 0.00 |
| 5. | 2.95 | | 0.00 | 0.00 | 0.00 |
| 6. | 7.25 | | 0.00 | 0.00 | 0.00 |

252305770S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA

CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted] A[redacted]

3. PATIENT'S BIRTH DATE MM DD YY, SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

Employed Full-Time Student Part-Time Student

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, JOSEPH,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M4602
2. E782
3. M4800
4. M50122

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 80048 | 26 | 1 2 3 4 | 42.00 | 1 | | NPI | 1497727895 |
| 2 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 84484 | 26 | 1 2 3 4 | 37.00 | 1 | | NPI | 1497727895 |
| 3 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 85379 | 26 | 1 2 3 4 | 30.00 | 1 | | NPI | 1497727895 |
| 4 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 85025 | 26 | 1 2 3 4 | 25.00 | 1 | | NPI | 1497727895 |
| 5 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 85730 | 26 | 1 2 3 4 | 19.00 | 1 | | NPI | 1497727895 |
| 6 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 85610 | 26 | 1 2 3 4 | 19.00 | 1 | | NPI | 1497727895 |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 172.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL
8900 N KENDALL DRIVE
MIAMI FL 331762118

a. b.

33. BILLING PROVIDER INFO & PH # ( )
EDWIN GOULD MD
PO BOX 198227
ATLANTA GA 30384

a. 1871567289 b. COMPREHENSIVE PATHO

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 3.90 | | 0.00 | 0.00 | 0.00 |
| 2. | 5.74 | | 0.00 | 0.00 | 0.00 |
| 3. | 4.69 | | 0.00 | 0.00 | 0.00 |
| 4. | 3.59 | | 0.00 | 0.00 | 0.00 |
| 5. | 2.76 | | 0.00 | 0.00 | 0.00 |
| 6. | 1.98 | | 0.00 | 0.00 | 0.00 |

252384710S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA

CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY [redacted] SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]F

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ____ DATE ____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, CHRISTOPHER,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. Z98890 3. 2. 4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 21 | | 72040 | 26 | 1 | 80.00 | 1 | | NPI | 1003819038 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 80.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REGIONAL HO
3501 JOHNSON ST
HOLLYWOOD FL 330215421
a. b.

33. BILLING PROVIDER INFO & PH # ( )
LESTER GOLDBERG
PO BOX 3379
INDIANAPOLIS IN 46206
a. 1659319671 b. RADIOLOGY ASSOCIATES

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted]L,

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 80.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252416889S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, CHRISTOPHER,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M 5000
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 99213 | 25 | 1 | 146.00 | 1 | | NPI | 1467169540 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 146.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REGIONAL HO
3501 JOHNSON ST
HOLLYWOOD FL 330215421
a. b.

33. BILLING PROVIDER INFO & PH # ( )
MANEL VERNERETTE PA
PO BOX 936535 STE 250
ATLANTA GA 31193
a. 1528456548 b. FLORIDA PRACTITIONERS

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 69.91 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252470216S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]L,

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

Employed Full-Time Student Part-Time Student

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ____ DATE ____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, CHRISTOPHER,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M50022
2. R200
3. R202
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 21 | | 95939 | 26 | 1 2 3 | 4371.00 | 1 | | NPI | 1427106012 |
| 2 | 8 | 12 | 25 | 8 | 12 | 25 | 21 | | G0453 | | 1 2 3 | 1128.00 | 1 | | NPI | 1427106012 |
| 3 | 8 | 12 | 25 | 8 | 12 | 25 | 21 | | 95938 | 26 | 1 2 3 | 3563.00 | 1 | | NPI | 1427106012 |
| 4 | 8 | 12 | 25 | 8 | 12 | 25 | 21 | | 95870 | 26 | 1 2 3 | 406.00 | 1 | | NPI | 1427106012 |
| 5 | 8 | 12 | 25 | 8 | 12 | 25 | 21 | | 95870 | 26 59 | 1 2 3 | 406.00 | 1 | | NPI | 1427106012 |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 810934442 SSN EIN

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 9,874.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REGIONAL HO
3501 JOHNSON ST
HOLLYWOOD FL 330215421
a. b.

33. BILLING PROVIDER INFO & PH # ( )
YELENA LINDENBAUM
DEPT 8536 PO BOX 11407
BIRMINGHAM AL 35246
a. 1306204805 b. SENTIENT PHYSICIANS PC

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted]L,

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 4,371.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 1,128.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 3,563.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 406.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 406.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252485314S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ______ DATE ______

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, CHRISTOPHER,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M 5000
2.
3.
4.

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 22551 | AS | 1 | 1800.00 | 1 | | NPI | 1912239633 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 1,800.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED ______ DATE ______

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REGIONAL HO
3501 JOHNSON ST
HOLLYWOOD FL 330215421
a. b.

33. BILLING PROVIDER INFO & PH # ( )
ANTONIO VELAZQUEZ ARNP
PO BOX 936535 STE 250
ATLANTA GA 31193
a. 1528456548 b. FLORIDA PRACTITIONERS

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 367.31 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

252592261S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted] A[redacted]L,

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ______ DATE ______

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

— PATIENT AND INSURED INFORMATION —

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, MARCELO,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M47812
2. M4802
3. M5000
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 8 | 25 | 8 | 8 | 25 | 22 | | 86850 | 26 | 1 2 3 | 18.00 | 1 | | NPI | 1003894767 |
| 2 | 8 | 8 | 25 | 8 | 8 | 25 | 22 | | 86900 | 26 | 1 2 3 | 12.00 | 1 | | NPI | 1003894767 |
| 3 | 8 | 8 | 25 | 8 | 8 | 25 | 22 | | 86901 | 26 | 1 2 3 | 12.00 | 1 | | NPI | 1003894767 |
| 4 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 88304 | 26 | 1 2 3 | 130.00 | 1 | | NPI | 1003894767 |
| 5 | 8 | 13 | 25 | 8 | 13 | 25 | 22 | | 80048 | 26 | 1 2 3 | 37.00 | 1 | | NPI | 1003894767 |
| 6 | 8 | 13 | 25 | 8 | 13 | 25 | 22 | | 85025 | 26 | 1 2 3 | 21.00 | 1 | | NPI | 1003894767 |

25. FEDERAL TAX I.D. NUMBER: 383662363 SSN EIN

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 230.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REGIONAL HO
3501 JOHNSON STREET
HOLLYWOOD FL 330215421

a. b.

33. BILLING PROVIDER INFO & PH # ( )
MOHAMMAD ANSARI-LARI
P.O. BOX 917920
ORLANDO FL 32891

a. 1922089242 b. PATHOLOGY CONSULTAN

— PHYSICIAN OR SUPPLIER INFORMATION —

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted]

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 18.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 12.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 12.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 130.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 37.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 21.00 | | 0.00 | 0.00 | 0.00 |

252801511S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA

CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1) [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) V[redacted], A[redacted]

3. PATIENT'S BIRTH DATE MM DD YY [redacted] SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial) V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street) [redacted]

6. PATIENT RELATIONSHIP TO INSURED Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street) [redacted]

CITY [redacted] STATE FL

8. PATIENT STATUS Single Married Other

CITY [redacted] STATE FL

ZIP CODE [redacted] TELEPHONE (Include Area Code) (0 ) 0 0

Employed Full-Time Student Part-Time Student

ZIP CODE [redacted] TELEPHONE (Include Area Code) (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ______ DATE ______

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: MM DD YY 0 0 0 ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 0 0 TO 0 0 0 0

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 900, CHRISTOPHER,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M 5000
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 22551 | | 1 | 6370.00 | 1 | | NPI | 1093926115 |
| 2 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 22845 | 59 | 1 | 2829.00 | 1 | | NPI | 1093926115 |
| 3 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 22853 | | 1 | 985.00 | 1 | | NPI | 1093926115 |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

25. FEDERAL TAX I.D. NUMBER 59 60149 73 SSN EIN

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 10,184.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED ______ DATE ______

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REGIONAL HO
3501 JOHNSON STREET
HOLLYWOOD FL 330215421
a. b.

33. BILLING PROVIDER INFO & PH # ( )
CH R IST O PH ER D EMA SSI
1150 N 35TH AVE STE 300
HOLLYWOOD FL 33021
a. 1114931888 b. MEMORIAL DIV NEUROSU

PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted]

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 3,013.95 | | 0.00 | 0.00 | 0.00 |
| 2. | 1,303.99 | | 0.00 | 0.00 | 0.00 |
| 3. | 462.11 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

253020011S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted]

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ☑ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single ☐ Married ☐ Other ☐ / Employed ☐ Full-Time Student ☐ Part-Time Student ☐

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

b. OTHER INSURED'S DATE OF BIRTH MM DD YY / SEX M ☐ F ☐

c. EMPLOYER'S NAME OR SCHOOL NAME:

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO
b. AUTO ACCIDENT? ☐ YES ☐ NO PLACE (State)
c. OTHER ACCIDENT? ☐ YES ☐ NO

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] [redacted] [redacted] SEX: [redacted]

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. INSURANCE PLAN NAME OR PROGRAM NAME:

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☑ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ______ DATE ______

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, VANESSA,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? ☐ YES ☐ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. Z981 3. ____
2. ____ 4. ____

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9 | 17 | 25 | 9 | 17 | 25 | 22 | | 72052 | 26 | 1 | 136.00 | 1 | | NPI | 1285637330 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☑ YES ☐ NO

28. TOTAL CHARGE $ 136.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL WEST OP
703 N FLAMINGO RD
PEMBROKE PINES FL 330281006
a. b.

33. BILLING PROVIDER INFO & PH # ( )
PETER SULLIVAN
PO BOX 3379
INDIANAPOLIS IN 46206
a. 1659319671 b. RADIOLOGY ASSOCIATES

# Addenda Page

Patient's Name
V[redacted], A[redacted]

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted]

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 136.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

253337703S 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED ______ DATE ______

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, CHRISTOPHE,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M47812 3. 2. 4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 00670 | QZ | P1 | 1 | 4324.00 | 145 | | NPI | 1831425016 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 4,324.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

MEMORIAL REGIONAL HO
3501 JOHNSON ST
HOLLYWOOD FL 330215421

a. b.

33. BILLING PROVIDER INFO & PH # ( )

CHRISTINE 001 DANESHGAR CRNA
PO BOX 744538
ATLANTA GA 30374

a. 1295409670 b. SHERIDAN HEALTHCORP

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 4,324.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

— 2520307895 1

| | |
|---|---|
| 1 | BAPTIST HOSPITAL, , PO BOX 100470 ATLANTA GA, 30384 |
| 3a PAT. CNTL # | [redacted] |
| b. MED. REC. # | |
| 4 TYPE OF BILL | 131 |
| 5 FED. TAX NO. | 590910342 |
| 6 STATEMENT COVERS PERIOD FROM | 7/9/2025 |
| THROUGH | 7/9/2025 |
| 8 PATIENT NAME | a 2 |
| b | V[redacted] A[redacted] |
| 9 PATIENT ADDRESS | a [redacted] |
| b | [redacted] |
| c | FL |
| d | [redacted] |
| 10 BIRTHDATE | [redacted] |
| 11 SEX | [redacted] |
| ADMISSION 12 DATE | 0 0 25 |
| 13 HR | |
| 14 TYPE | 1 |
| 15 SRC | 1 |
| 16 DHR | |
| 17 STAT | 1 |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE | FROM | THROUGH | 36 OCCURRENCE SPAN CODE | FROM | THROUGH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 7 9 25 | A1 | 5 22 0 | | 0 0 0 | | 0 0 0 | | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 |
| | | | | | | | | | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 |

| | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|
| a | | 0.00 | | 0.00 | | 0.00 |
| b | | 0.00 | | 0.00 | | 0.00 |
| c | | 0.00 | | 0.00 | | 0.00 |
| d | | 0.00 | | 0.00 | | 0.00 |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | 250 | | | 7 10 25 | 2 | 6.00 | |
| 2 | 250 | | | 7 10 25 | 1 | 3.00 | |
| 3 | 250 | | | 7 10 25 | 1 | 3.00 | |
| 4 | 250 | | | 7 10 25 | 2 | 6.00 | |
| 5 | 250 | | | 7 10 25 | 1 | 3.00 | |
| 6 | 250 | | | 7 9 25 | 1 | 3.00 | |
| 7 | 250 | | | 7 9 25 | 1 | 3.00 | |
| 8 | 300 | | 36415 | 7 9 25 | 1 | 10.00 | |
| 9 | 301 | | 84484 | 7 0 25 | 1 | 505.00 | |
| 10 | 301 | | 80048 | 7 9 25 | 1 | 637.00 | |
| 11 | 305 | | 85379 | 7 9 25 | 1 | 602.00 | |
| 12 | 305 | | 85730 | 7 7 25 | 1 | 230.00 | |
| 13 | 305 | | 85025 | 7 9 25 | 1 | 367.00 | |
| 14 | 305 | | 85610 | 7 9 25 | 1 | 190.00 | |
| 15 | 352 | | 72125 | 7 9 25 | 1 | 4928.00 | |
| 16 | 450 | | 96374 | 7 9 25 | 1 | 462.00 | |
| 17 | 450 | | 96375 | 7 9 25 | 4 | 900.00 | |
| 18 | 450 | | 99285 | 7 9 25 | 1 | 2747.00 | |
| 19 | 612 | | 72141 | 7 9 25 | 1 | 5532.00 | |
| 20 | 636 | | J1644 | 7 10 25 | 5 | 28.00 | |
| 21 | 636 | | J1644 | 7 9 25 | 5 | 28.00 | |
| 22 | 636 | | J1885 | 7 9 25 | 2 | 31.00 | |
| 23 | | **PAGE ____ OF ____** | **CREATION DATE** | | **TOTALS** | 24080.00 | |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|---|
| A | N | 0014639036 | | Y | | | 57 |
| B | N | 0014639036 | | Y | | | OTHER |
| C | N | 0014639036 | | Y | | | PRV ID |

| | 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | V[redacted] A[redacted] | | [redacted] | | |
| B | V[redacted] A[redacted] | | | | |
| C | V[redacted] A[redacted] | | | | |

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX: M50122 | M4602 | M4800 | E782 | R7989

69 ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE 0 | 72 ECI | 73

| 74 PRINCIPAL PROCEDURE CODE | DATE | a. OTHER PROCEDURE CODE | DATE | b. OTHER PROCEDURE CODE | DATE |
|---|---|---|---|---|---|
| | 0 0 0 | | 0 0 0 | | |
| **c. OTHER PROCEDURE CODE** | **DATE** | **d. OTHER PROCEDURE CODE** | **DATE** | **e. OTHER PROCEDURE CODE** | **DATE** |
| | 0 0 0 | | 0 0 0 | | |

| | |
|---|---|
| 76 ATTENDING NPI | 1477780039 |
| LAST | ACOSTATRANT |
| FIRST | IVETTE |
| 77 OPERATING NPI | |
| 78 OTHER NPI | |
| LAST | 900 |
| 79 OTHER NPI | |

80 REMARKS | 81CC a b c d

# Addenda Page

Patient's Name
V[redacted], A[redacted]

Policy Number
[redacted]

Insured's Name
V[redacted] A[redacted]

| | Total Charge | Repriced Amount | Remark Code |
|---|---|---|---|
| 1. | 24,080.00 | 14448.00 | |

2520307895 2

1 BAPTIST HOSPITAL, ,
PO BOX 100470
ATLANTA GA, 30384

3a PAT. CNTL # [redacted]
b. MED. REC. #
4 TYPE OF BILL 131
5 FED. TAX NO. 590910342
6 STATEMENT COVERS PERIOD FROM 7/9/2025 THROUGH 7/9/2025

8 PATIENT NAME a 2
b V[redacted] A[redacted]
9 PATIENT ADDRESS a [redacted]
b [redacted] c FL d [redacted] e

10 BIRTHDATE [redacted] 11 SEX [redacted] ADMISSION 12 DATE 0 0 25 13 HR 14 TYPE 1 15 SRC 1 16 DHR 17 STAT 1
CONDITION CODES 18 19 20 21 22 23 24 25 26 27 28 29 ACDT STATE 30

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE | FROM | THROUGH | 36 OCCURRENCE SPAN CODE | FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 7 9 25 | A1 | 5 22 0 | | 0 0 0 | | 0 0 0 | | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 | |
| | | | | | | | | | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 | |

38

| | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|
| a | | 0.00 | | 0.00 | | 0.00 |
| b | | 0.00 | | 0.00 | | 0.00 |
| c | | 0.00 | | 0.00 | | 0.00 |
| d | | 0.00 | | 0.00 | | 0.00 |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 636 | | J2270 | 7 9 25 | 1 | 101.00 | | | 1 |
| 2 | 636 | | J2405 | 7 9 25 | 4 | 16.00 | | | 2 |
| 3 | 636 | | J1100 | 7 9 25 | 8 | 52.00 | | | 3 |
| 4 | 636 | | J2360 | 7 9 25 | 1 | 204.00 | | | 4 |
| 5 | 730 | | 93005 | 7 9 25 | 1 | 593.00 | | | 5 |
| 6 | 761 | | 96372 | 7 10 25 | 1 | 327.00 | | | 6 |
| 7 | 761 | | 96372 | 7 9 25 | 1 | 327.00 | | | 7 |
| 8 | 762 | | G0378 | 7 9 25 | 28 | 5236.00 | | | 8 |
| 9 | 0 | | | 0 0 0 | 0 | 0.00 | | | 9 |
| 10 | 0 | | | 0 0 0 | 0 | 0.00 | | | 10 |
| 11 | 0 | | | 0 0 0 | 0 | 0.00 | | | 11 |
| 12 | 0 | | | 0 0 0 | 0 | 0.00 | | | 12 |
| 13 | 0 | | | 0 0 0 | 0 | 0.00 | | | 13 |
| 14 | 0 | | | 0 0 0 | 0 | 0.00 | | | 14 |
| 15 | 0 | | | 0 0 0 | 0 | 0.00 | | | 15 |
| 16 | 0 | | | 0 0 0 | 0 | 0.00 | | | 16 |
| 17 | 0 | | | 0 0 0 | 0 | 0.00 | | | 17 |
| 18 | 0 | | | 0 0 0 | 0 | 0.00 | | | 18 |
| 19 | 0 | | | 0 0 0 | 0 | 0.00 | | | 19 |
| 20 | 0 | | | 0 0 0 | 0 | 0.00 | | | 20 |
| 21 | 0 | | | 0 0 0 | 0 | 0.00 | | | 21 |
| 22 | 0 | | | 0 0 0 | 0 | 0.00 | | | 22 |
| 23 | | PAGE ____ OF ____ | CREATION DATE | | TOTALS | 24080.00 | | | 23 |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|---|
| A | N | 0014639036 | | Y | | | 57 |
| B | N | 0014639036 | | Y | | | OTHER |
| C | N | 0014639036 | | Y | | | PRV ID |

| | 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | V[redacted] A[redacted] | | [redacted] | | |
| B | V[redacted] A[redacted] | | | | |
| C | V[redacted] A[redacted] | | | | |

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX M50122 M4602 M4800 E782 R7989 67 A B C D E F G H I J K L M N O P Q 68

69 ADMIT DX | 70 PATIENT REASON DX a b c | 71 PPS CODE 0 | 72 ECI | 73

| 74 PRINCIPAL PROCEDURE CODE | DATE | a. OTHER PROCEDURE CODE | DATE | b. OTHER PROCEDURE CODE | DATE |
|---|---|---|---|---|---|
| | 0 0 0 | | 0 0 0 | | |
| **c. OTHER PROCEDURE CODE** | **DATE** | **d. OTHER PROCEDURE CODE** | **DATE** | **e. OTHER PROCEDURE CODE** | **DATE** |
| | 0 0 0 | | 0 0 0 | | |

75

76 ATTENDING NPI 1477780039 QUAL
LAST ACOSTATRANT FIRST IVETTE
77 OPERATING NPI QUAL
LAST FIRST
78 OTHER NPI QUAL
LAST 900 FIRST
79 OTHER NPI QUAL
LAST FIRST

80 REMARKS
81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO.
THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.
NUBC National Uniform Billing Committee
LIC9213257

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted] A[redacted]

| | Total Charge | Repriced Amount | Remark Code |
|---|---|---|---|
| 1. | 24,080.00 | 14448.00 | |

2520953805 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — PICA — CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY [redacted] SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, PRISCILLA,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M50121 3.

2. M25519 4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 9 | 25 | 7 | 9 | 25 | 23 | | 72125 | 26 | 1 2 | 722.00 | 1 | | NPI | 1790767283 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ✔ NO

28. TOTAL CHARGE $ 722.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL OF
8900 N KENDALL DR
MIAMI FL 331762118
a. b.

33. BILLING PROVIDER INFO & PH # ( )
PEDRO FERNANDEZ
PO BOX 116700 SUITE 201
ATLANTA GA 30368
a. 1093782070 b. MBB RADIOLOGY

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 115.12 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

2520953815 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA — CARRIER — PICA

1. MEDICARE (Medicare #) / MEDICAID (Medicaid #) / TRICARE CHAMPUS (Sponsor's SSN) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (SSN or ID) / FECA BLK LUNG (SSN) / OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other / Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY / SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

— PATIENT AND INSURED INFORMATION —

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, JOSEPH,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M50222
2. M50223
3. M4802
4. M5021

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 9 | 25 | 7 | 9 | 25 | 22 | | 72141 | 26 | 1 2 3 4 | 995.00 | 1 | | NPI | 1003357294 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

— PHYSICIAN OR SUPPLIER INFORMATION —

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 995.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL OF
8900 N KENDALL DR
MIAMI FL 331762118
a. b.

33. BILLING PROVIDER INFO & PH # ( )
TATE HODGES
PO BOX 116700 SUITE 201
ATLANTA GA 30368
a. 1093782070 b. MBB RADIOLOGY

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 160.71 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

2520958095 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA | CARRIER

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) YES NO

b. AUTO ACCIDENT? YES NO PLACE (State)

c. OTHER ACCIDENT? YES NO

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX [redacted]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 900, JOSEPH,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5020 3.

2. M5412 4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 9 | 25 | 7 | 9 | 25 | 22 | | 99223 | AI | 1 2 | 456.00 | 1 | | NPI | 1467727719 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE: $ 456.00

29. AMOUNT PAID: $

30. BALANCE DUE: $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
BAPTIST HOSPITAL OF
8900 NORTH KENDALL DRIVE
MIAMI FL 331762118

a. b.

33. BILLING PROVIDER INFO & PH # ( )
JOSEPH PEREZ DE CORCHO
PO BOX 198054 STE 600
ATLANTA GA 30384

a. 1891893343 b. BAPTIST HEALTH MEDICA

PATIENT AND INSURED INFORMATION | PHYSICIAN OR SUPPLIER INFORMATION

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 161.09 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

— 2526250485 1

1 SOUTH BROWARD HOSPIT, ,
PO BOX 538488
ATLANTA GA, 30353

3a PAT. CNTL # [redacted]
b. MED. REC. #
4 TYPE OF BILL: 131
5 FED. TAX NO.: 596014973
6 STATEMENT COVERS PERIOD FROM: 8/13/2025 THROUGH: 8/13/2025

8 PATIENT NAME a 2
b V[redacted], A[redacted],
9 PATIENT ADDRESS a [redacted]
b [redacted] c FL d [redacted]

10 BIRTHDATE: [redacted]
11 SEX: [redacted]
ADMISSION 12 DATE: 0 0 0 | 13 HR | 14 TYPE: 3 | 15 SRC: 1
17 STAT: 1

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE |
|---|---|---|---|---|---|---|---|
| 11 | 8 8 25 | | 0 0 0 | | 0 0 0 | | 0 0 0 |

| 35 OCCURRENCE SPAN CODE | FROM | THROUGH | 36 OCCURRENCE SPAN CODE | FROM | THROUGH |
|---|---|---|---|---|---|
| | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 |
| | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 |

38

| | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|
| a | | 0.00 | | 0.00 | | 0.00 |
| b | | 0.00 | | 0.00 | | 0.00 |
| c | | 0.00 | | 0.00 | | 0.00 |
| d | | 0.00 | | 0.00 | | 0.00 |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 250 | | | 8 12 25 | 1 | 1776.00 | | |
| 2 | 250 | | | 8 12 25 | 1 | 1700.00 | | |
| 3 | 250 | | | 8 12 25 | 10 | 361.00 | | |
| 4 | 250 | | | 8 12 25 | 2 | 322.00 | | |
| 5 | 250 | | | 8 12 25 | 1 | 160.00 | | |
| 6 | 250 | | | 8 12 25 | 1 | 111.00 | | |
| 7 | 250 | | | 8 12 25 | 1 | 71.00 | | |
| 8 | 250 | | | 8 13 25 | 2 | 45.00 | | |
| 9 | 250 | | | 8 0 25 | 1 | 24.00 | | |
| 10 | 250 | | | 8 12 25 | 1 | 23.00 | | |
| 11 | 250 | | | 8 13 25 | 2 | 14.00 | | |
| 12 | 250 | | | 8 8 25 | 1 | 13.00 | | |
| 13 | 250 | | | 8 12 25 | 1 | 10.00 | | |
| 14 | 250 | | | 8 12 25 | 1 | 7.00 | | |
| 15 | 250 | | | 8 12 25 | 1 | 3.00 | | |
| 16 | 272 | | | 8 12 25 | 7 | 3989.00 | | |
| 17 | 278 | | C1713 | 8 12 25 | 5 | 2926.00 | | |
| 18 | 278 | | C1762 | 8 12 25 | 1 | 2403.50 | | |
| 19 | 300 | | 86850 | 8 8 25 | 1 | 682.00 | | |
| 20 | 300 | | 86900 | 8 8 25 | 1 | 328.00 | | |
| 21 | 300 | | 86901 | 8 8 25 | 1 | 306.00 | | |
| 22 | 301 | | 80048 | 8 13 25 | 1 | 523.00 | | |
| 23 | | PAGE ____ OF ____ | CREATION DATE | | TOTALS | 57176.50 | | |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE |
|---|---|---|---|---|---|---|
| A | N | 0014639036 | | Y | | |
| B | N | 0014639036 | | Y | | |
| C | N | 0014639036 | | Y | | |

56 NPI
57 OTHER PRV ID

| | 58 INSURED'S NAME | 59 P. REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | V[redacted] A[redacted] | | [redacted] | | |
| B | V[redacted] A[redacted] | | | | |
| C | V[redacted] A[redacted] | | | | |

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX: M47812 | M4802 | M5000
67
68

69 ADMIT DX | 70 PATIENT REASON DX | 71 PPS CODE: 0 | 72 ECI | 73

74 PRINCIPAL PROCEDURE CODE | DATE: 0 0 0
a. OTHER PROCEDURE CODE | DATE: 0 0 0
b. OTHER PROCEDURE CODE | DATE
c. OTHER PROCEDURE CODE | DATE: 0 0 0
d. OTHER PROCEDURE CODE | DATE: 0 0 0
e. OTHER PROCEDURE CODE | DATE
75

76 ATTENDING NPI 1225247067 QUAL
LAST GOLUBOFF FIRST MARCELO
77 OPERATING NPI QUAL
LAST FIRST
78 OTHER NPI QUAL
LAST 900 FIRST
79 OTHER NPI QUAL
LAST FIRST

80 REMARKS
81CC a
b
c
d

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted] A[redacted]

| | Total Charge | Repriced Amount | Remark Code |
|---|---|---|---|
| 1. | 57,176.50 | 23529.22 | |

2526250485 2

| | |
|---|---|
| 1 | SOUTH BROWARD HOSPIT, , <br> PO BOX 538488 <br> ATLANTA GA, 30353 |
| 3a PAT. CNTL # | [redacted] |
| b. MED. REC. # | |
| 4 TYPE OF BILL | 131 |
| 5 FED. TAX NO. | 596014973 |
| 6 STATEMENT COVERS PERIOD FROM | 8/12/2025 |
| THROUGH | 8/12/2025 |
| 8 PATIENT NAME | a 2 <br> b V[redacted] |
| 9 PATIENT ADDRESS | a [redacted] <br> b [redacted] <br> c FL d [redacted] |
| 10 BIRTHDATE | [redacted] |
| 11 SEX | [redacted] |
| 12 ADMISSION DATE | 0 0 0 |
| 14 TYPE | 3 |
| 15 SRC | 1 |
| 17 STAT | 1 |
| 31 OCCURRENCE CODE / DATE | 11 / 8 8 25 |
| 32 OCCURRENCE DATE | 0 0 0 |
| 33 OCCURRENCE DATE | 0 0 0 |
| 34 OCCURRENCE DATE | 0 0 0 |
| 35 OCCURRENCE SPAN FROM / THROUGH | 0 0 0 / 0 0 0 <br> 0 0 0 / 0 0 0 |
| 36 OCCURRENCE SPAN FROM / THROUGH | 0 0 0 / 0 0 0 <br> 0 0 0 / 0 0 0 |
| 39 VALUE CODES AMOUNT | a 0.00 b 0.00 c 0.00 d 0.00 |
| 40 VALUE CODES AMOUNT | 0.00 0.00 0.00 0.00 |
| 41 VALUE CODES AMOUNT | 0.00 0.00 0.00 0.00 |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | 305 | | 85025 | 8 13 25 | 1 | 333.00 | |
| 2 | 312 | | 88304 | 8 12 25 | 1 | 181.00 | |
| 3 | 320 | | 72040 | 8 12 25 | 1 | 1082.00 | |
| 4 | 360 | | 20936 | 8 12 25 | 1 | 7529.68 | |
| 5 | 360 | | 22551 | 8 12 25 | 1 | 7529.66 | |
| 6 | 360 | | 22853 | 8 12 25 | 1 | 7529.66 | |
| 7 | 370 | | | 8 12 25 | 1 | 6423.00 | |
| 8 | 636 | | J2704 | 8 12 25 | 100 | 832.00 | |
| 9 | 636 | | J3374 | 8 0 25 | 3 | 573.00 | |
| 10 | 636 | | J1650 | 8 13 25 | 4 | 556.00 | |
| 11 | 636 | | J2704 | 8 12 25 | 40 | 333.00 | |
| 12 | 636 | | J0330 | 8 8 25 | 5 | 289.00 | |
| 13 | 636 | | J2405 | 8 12 25 | 8 | 120.00 | |
| 14 | 636 | | J1100 | 8 12 25 | 8 | 117.00 | |
| 15 | 636 | | J0690 | 8 12 25 | 2 | 112.00 | |
| 16 | 636 | | J0690 | 8 12 25 | 4 | 109.00 | |
| 17 | 636 | | J0690 | 8 12 25 | 4 | 109.00 | |
| 18 | 636 | | J0690 | 8 13 25 | 4 | 109.00 | |
| 19 | 636 | | J2250 | 8 12 25 | 6 | 78.00 | |
| 20 | 636 | | J3010 | 8 12 25 | 1 | 35.00 | |
| 21 | 710 | | | 8 12 25 | 1 | 3325.00 | |
| 22 | 762 | | G0378 | 8 12 25 | 25 | 3650.00 | |
| 23 | | PAGE ____ OF ____ | CREATION DATE | | TOTALS | 57176.50 | |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|---|
| A | N | 0014639036 | | Y | | | |
| B | N | 0014639036 | | Y | | | |
| C | N | 0014639036 | | Y | | | |

| | 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | V[redacted] A[redacted] | | [redacted] | | |
| B | V[redacted] A[redacted] | | | | |
| C | V[redacted] A[redacted] | | | | |

63 TREATMENT AUTHORIZATION CODES / 64 DOCUMENT CONTROL NUMBER / 65 EMPLOYER NAME

66 DX: M47812 M4802 M5000

69 ADMIT DX / 70 PATIENT REASON DX / 71 PPS CODE 0 / 72 ECI / 73

| 74 PRINCIPAL PROCEDURE DATE | a. OTHER PROCEDURE DATE | b. OTHER PROCEDURE DATE |
|---|---|---|
| 0 0 0 | 0 0 0 | |

| c. OTHER PROCEDURE DATE | d. OTHER PROCEDURE DATE | e. OTHER PROCEDURE DATE |
|---|---|---|
| 0 0 0 | 0 0 0 | |

76 ATTENDING NPI 1225247067 QUAL
LAST GOLUBOFF FIRST MARCELO

77 OPERATING NPI QUAL
LAST FIRST

78 OTHER NPI QUAL
LAST 900 FIRST

79 OTHER NPI QUAL
LAST FIRST

80 REMARKS / 81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO.

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

NUBC National Uniform Billing Committee LIC9213257

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted] A[redacted]

| | Total Charge | Repriced Amount | Remark Code |
|---|---|---|---|
| 1. | 57,176.50 | 23529.22 | |

2526250485 3

1 SOUTH BROWARD HOSPIT, ,
PO BOX 538488
ATLANTA GA, 30353

2

3a PAT. CNTL # [redacted]
b. MED. REC. #

4 TYPE OF BILL: 131

5 FED. TAX NO.: 596014973

6 STATEMENT COVERS PERIOD FROM: 8/12/2025 THROUGH: 8/12/2025

7

8 PATIENT NAME a 2
b V[redacted], A[redacted],

9 PATIENT ADDRESS a [redacted]
b [redacted] c FL d [redacted] e

10 BIRTHDATE: [redacted]
11 SEX: [redacted]
ADMISSION 12 DATE: 0 0 0 | 13 HR | 14 TYPE: 3 | 15 SRC: 1
16 DHR | 17 STAT: 1
CONDITION CODES 18 19 20 21 22 23 24 25 26 27 28
29 ACDT STATE | 30

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE |
|---|---|---|---|---|---|---|---|
| 11 | 8 8 25 | | 0 0 0 | | 0 0 0 | | 0 0 0 |

| 35 OCCURRENCE SPAN CODE | FROM | THROUGH | 36 OCCURRENCE SPAN CODE | FROM | THROUGH |
|---|---|---|---|---|---|
| | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 |
| | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 |

37

38

| | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|
| a | | 0.00 | | 0.00 | | 0.00 |
| b | | 0.00 | | 0.00 | | 0.00 |
| c | | 0.00 | | 0.00 | | 0.00 |
| d | | 0.00 | | 0.00 | | 0.00 |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 762 | | G0379 | 8 12 25 | 1 | 424.00 | | | 1 |
| 2 | 0 | | | 0 0 0 | 0 | 0.00 | | | 2 |
| 3 | 0 | | | 0 0 0 | 0 | 0.00 | | | 3 |
| 4 | 0 | | | 0 0 0 | 0 | 0.00 | | | 4 |
| 5 | 0 | | | 0 0 0 | 0 | 0.00 | | | 5 |
| 6 | 0 | | | 0 0 0 | 0 | 0.00 | | | 6 |
| 7 | 0 | | | 0 0 0 | 0 | 0.00 | | | 7 |
| 8 | 0 | | | 0 0 0 | 0 | 0.00 | | | 8 |
| 9 | 0 | | | 0 0 0 | 0 | 0.00 | | | 9 |
| 10 | 0 | | | 0 0 0 | 0 | 0.00 | | | 10 |
| 11 | 0 | | | 0 0 0 | 0 | 0.00 | | | 11 |
| 12 | 0 | | | 0 0 0 | 0 | 0.00 | | | 12 |
| 13 | 0 | | | 0 0 0 | 0 | 0.00 | | | 13 |
| 14 | 0 | | | 0 0 0 | 0 | 0.00 | | | 14 |
| 15 | 0 | | | 0 0 0 | 0 | 0.00 | | | 15 |
| 16 | 0 | | | 0 0 0 | 0 | 0.00 | | | 16 |
| 17 | 0 | | | 0 0 0 | 0 | 0.00 | | | 17 |
| 18 | 0 | | | 0 0 0 | 0 | 0.00 | | | 18 |
| 19 | 0 | | | 0 0 0 | 0 | 0.00 | | | 19 |
| 20 | 0 | | | 0 0 0 | 0 | 0.00 | | | 20 |
| 21 | 0 | | | 0 0 0 | 0 | 0.00 | | | 21 |
| 22 | 0 | | | 0 0 0 | 0 | 0.00 | | | 22 |
| 23 | | **PAGE ____ OF ____** | **CREATION DATE** | | **TOTALS** | 57176.50 | | | 23 |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|---|
| A | N | 0014639036 | | Y | | | 57 |
| B | N | 0014639036 | | Y | | | OTHER |
| C | N | 0014639036 | | Y | | | PRV ID |

| | 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | V[redacted] A[redacted] | | [redacted] | | |
| B | V[redacted] A[redacted] | | | | |
| C | V[redacted] A[redacted] | | | | |

63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME

66 DX: M47812 M4802 M5000

67 A B C D E F G H I J K L M N O P Q | 68

69 ADMIT DX | 70 PATIENT REASON DX a b c | 71 PPS CODE 0 | 72 ECI | 73

74 PRINCIPAL PROCEDURE CODE / DATE: 0 0 0
a. OTHER PROCEDURE CODE / DATE: 0 0 0
b. OTHER PROCEDURE CODE / DATE
c. OTHER PROCEDURE CODE / DATE: 0 0 0
d. OTHER PROCEDURE CODE / DATE: 0 0 0
e. OTHER PROCEDURE CODE / DATE

75

76 ATTENDING NPI 1225247067 QUAL
LAST GOLUBOFF FIRST MARCELO

77 OPERATING NPI QUAL
LAST FIRST

78 OTHER NPI QUAL
LAST 900 FIRST

79 OTHER NPI QUAL
LAST FIRST

80 REMARKS

81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO.

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

NUBC National Uniform Billing Committee
LIC9213257

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted] A[redacted]

| | Total Charge | Repriced Amount | Remark Code |
|---|---|---|---|
| 1. | 57,176.50 | 23529.22 | |

— 2528663145 1

| Field | Value |
|---|---|
| 1 | SOUTH BROWARD HOSPIT, ,<br>PO BOX 538488<br>ATLANTA GA, 30353 |
| 2 | |
| 3a PAT. CNTL # | [redacted] |
| b. MED. REC. # | |
| 4 TYPE OF BILL | 131 |
| 5 FED. TAX NO. | 596014973 |
| 6 STATEMENT COVERS PERIOD FROM | 9/17/2025 |
| THROUGH | 9/17/2025 |
| 7 | |
| 8 PATIENT NAME a | 2 |
| b | V[redacted], A[redacted], |
| 9 PATIENT ADDRESS a | [redacted] |
| b | [redacted] |
| c | FL |
| d | 33176 |
| e | |
| 10 BIRTHDATE | [redacted] |
| 11 SEX | [redacted] |
| ADMISSION 12 DATE | 0 0 0 |
| 13 HR | |
| 14 TYPE | 3 |
| 15 SRC | 1 |
| 16 DHR | |
| 17 STAT | 1 |
| CONDITION CODES 18–28 | |
| 29 ACDT STATE | |
| 30 | |

| 31 OCCURRENCE CODE | DATE | 32 OCCURRENCE CODE | DATE | 33 OCCURRENCE CODE | DATE | 34 OCCURRENCE CODE | DATE | 35 OCCURRENCE SPAN CODE | FROM | THROUGH | 36 OCCURRENCE SPAN CODE | FROM | THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 9 17 25 | | 0 0 0 | | 0 0 0 | | 0 0 0 | | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 | |
| | | | | | | | | | 0 0 0 | 0 0 0 | | 0 0 0 | 0 0 0 | |

38

| | 39 VALUE CODES CODE | AMOUNT | 40 VALUE CODES CODE | AMOUNT | 41 VALUE CODES CODE | AMOUNT |
|---|---|---|---|---|---|---|
| a | | 0.00 | | 0.00 | | 0.00 |
| b | | 0.00 | | 0.00 | | 0.00 |
| c | | 0.00 | | 0.00 | | 0.00 |
| d | | 0.00 | | 0.00 | | 0.00 |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 320 | | 72052 | 9 17 25 | 1 | 1708.00 | | |
| 2 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 3 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 4 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 5 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 6 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 7 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 8 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 9 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 10 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 11 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 12 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 13 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 14 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 15 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 16 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 17 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 18 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 19 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 20 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 21 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 22 | 0 | | | 0 0 0 | 0 | 0.00 | | |
| 23 | | ***PAGE ____ OF ____*** | ***CREATION DATE*** | | ***TOTALS*** | 1708.00 | | |

| | 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL. INFO | 53 ASG. BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI |
|---|---|---|---|---|---|---|---|
| A | N | 0014639036 | | Y | | | 57 |
| B | N | 0014639036 | | Y | | | OTHER |
| C | N | 0014639036 | | Y | | | PRV ID |

| | 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|---|
| A | V[redacted] A[redacted] | | [redacted] | | |
| B | V[redacted] A[redacted] | | | | |
| C | V[redacted] A[redacted] | | | | |

| | 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME |
|---|---|---|---|
| A | | | |
| B | | | |
| C | | | |

66 DX: M5020 Z981

67 A–Q: (blank) 68

69 ADMIT DX: 70 PATIENT REASON DX: a b c 71 PPS CODE: 0 72 ECI: 73

| 74 PRINCIPAL PROCEDURE CODE | DATE | a. OTHER PROCEDURE CODE | DATE | b. OTHER PROCEDURE CODE | DATE |
|---|---|---|---|---|---|
| | 0 0 0 | | 0 0 0 | | |

| c. OTHER PROCEDURE CODE | DATE | d. OTHER PROCEDURE CODE | DATE | e. OTHER PROCEDURE CODE | DATE |
|---|---|---|---|---|---|
| | 0 0 0 | | 0 0 0 | | |

75

| Provider | NPI | QUAL | LAST | FIRST |
|---|---|---|---|---|
| 76 ATTENDING | 1104217090 | | ALLEYNE | VANESSA |
| 77 OPERATING | | | | |
| 78 OTHER | | | 900 | |
| 79 OTHER | | | | |

80 REMARKS

81CC a b c d

UB-04 CMS-1450 APPROVED OMB NO.

THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

NUBC National Uniform Billing Committee LIC9213257

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted] A[redacted]

| | Total Charge | Repriced Amount | Remark Code |
|---|---|---|---|
| 1. | 1,708.00 | 216.00 | |

2532120596 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA

CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 0 0 TO 0 0 0 0

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, ,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M 5000
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 12 | 25 | 8 | 12 | 25 | 22 | | 99222 | AI | 1 | 551.00 | 1 | | NPI | 1225247067 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 551.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

MEMORIAL REG HOSPITA
3501 JOHNSON ST
HOLLYWOOD FL 330215421

a. b.

33. BILLING PROVIDER INFO & PH # ( )

MARCELO GOLUBOFF
PO BOX 635376
CINCINNATI OH 45263

a. 1285676957 b. EASTSIDE HOSPITALISTS

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 551.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

2532120636 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | PICA

CARRIER

1. MEDICARE (Medicare #) | MEDICAID (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY [redacted] SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other; Employed Full-Time Student Part-Time Student

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ✔ NO *If yes, return to and complete item 9 a-d.*

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, ,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M 5000
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 13 | 25 | 8 | 13 | 25 | 22 | | 99239 | | 1 | 432.00 | 1 | | NPI | 1033525316 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ✔ YES NO

28. TOTAL CHARGE $ 432.00

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
MEMORIAL REG HOSPITA
3501 JOHNSON ST
HOLLYWOOD FL 330215421
a. b.

33. BILLING PROVIDER INFO & PH # ( )
SONIA SANI
PO BOX 635376
CINCINNATI OH 45263
a. 1285676957 b. EASTSIDE HOSPITALISTS

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 432.00 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

2607823705 1

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA PICA

CARRIER

1. MEDICARE (Medicare #) MEDICAID (Medicaid #) TRICARE CHAMPUS (Sponsor's SSN) CHAMPVA (Member ID#) GROUP HEALTH PLAN (SSN or ID) FECA BLK LUNG (SSN) OTHER (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): V[redacted], A[redacted],

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self ✔ Spouse Child Other

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: [redacted] STATE: FL

8. PATIENT STATUS: Single Married Other

CITY: [redacted] STATE: FL

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

Employed Full-Time Student Part-Time Student

ZIP CODE: [redacted] TELEPHONE (Include Area Code): (0 ) 0 0

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH MM DD YY SEX: [redacted]

b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M F

b. AUTO ACCIDENT? YES NO PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO ✔ *If yes, return to and complete item 9 a-d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Y

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY: 0 0 0

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM 0 0 00 TO 0 0 00

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: 000, CHRISTIAN,

17a. N/A

17b. NPI N/A

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. M5412
2. M542
3. M79602
4. G8929

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM | DD | YY | To MM | DD | YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 16 | 25 | 7 | 16 | 25 | 11 | | 99204 | | 1 2 3 4 | 2807.03 | 1 | | NPI | 1912987983 |
| 2 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 4 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 5 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |
| 6 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0.00 | 0 | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 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

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ✔ NO

28. TOTAL CHARGE $ 2,807.03

29. AMOUNT PAID $

30. BALANCE DUE $

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

a. b.

33. BILLING PROVIDER INFO & PH # ( )

CHRISTIAN GONZALEZ
PO BOX 223190 STE 320
HOLLYWOOD FL 33022

a. 1568809325 b. AVENTURA SPINE AND WE

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

# Addenda Page

Patient's Name
V[redacted], A[redacted],

Policy Number
[redacted]

Insured's Name
V[redacted], A[redacted],

| | Approved Amount | Remark Code | Medicare Approved Amount | Med Ded | Med Paid |
|---|---|---|---|---|---|
| 1. | 2,807.03 | | 0.00 | 0.00 | 0.00 |
| 2. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 3. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 4. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 5. | 0.00 | | 0.00 | 0.00 | 0.00 |
| 6. | 0.00 | | 0.00 | 0.00 | 0.00 |

# DECLARATION
# EXHIBIT 2

# EOB Detail Report

**Policy Number : 52Z609085F**

**Employee Name : ADRIEL VEGA**

**Date of Service : 07/01/2025 To 06/30/2026**

| Policy Number | Claim Number | Claim Issue Date | DOS From | DOS To | Prov Name | Total Charge | PPO Discount | Not Covered | Paid |
|---|---|---|---|---|---|---|---|---|---|
| 52Z609085F | 253535516F | 1/12/2026 | 7/9/2025 | 7/10/2025 | BAPTIST HOSPITAL | 6,970.00 | 3,632.00 | 3,338.00 | 0.00 |
| 52Z609085F | 253535516F | 1/12/2026 | 7/9/2025 | 7/9/2025 | BAPTIST HOSPITAL | 2,541.00 | 500.00 | 2,041.00 | 0.00 |
| 52Z609085F | 253535516F | 1/12/2026 | 7/9/2025 | 7/10/2025 | BAPTIST HOSPITAL | 4,928.00 | 2,000.00 | 2,928.00 | 0.00 |
| 52Z609085F | 253535516F | 1/12/2026 | 7/9/2025 | 7/10/2025 | BAPTIST HOSPITAL | 4,109.00 | 2,500.00 | 1,609.00 | 0.00 |
| 52Z609085F | 253535516F | 1/12/2026 | 7/9/2025 | 7/10/2025 | BAPTIST HOSPITAL | 5,532.00 | 1,000.00 | 4,532.00 | 0.00 |
| 52Z609085F | 253535517F | 1/9/2026 | 7/9/2025 | 7/9/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 571.00 | 418.23 | 152.77 | 0.00 |
| 52Z609085F | 253535518F | 1/9/2026 | 7/9/2025 | 7/9/2025 | MBB RADIOLOGY | 722.00 | 606.88 | 115.12 | 0.00 |
| 52Z609085F | 253535519F | 1/9/2026 | 7/9/2025 | 7/9/2025 | MBB RADIOLOGY | 995.00 | 834.29 | 160.71 | 0.00 |
| 52Z609085F | 253535520F | 1/12/2026 | 7/9/2025 | 7/9/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 456.00 | 294.91 | 161.09 | 0.00 |
| 52Z609085F | 253535521F | 1/20/2026 | 7/9/2025 | 7/9/2025 | SHERIDAN ER PHY SRV S DADE INC | 1,487.00 | 0.00 | 1,487.00 | 0.00 |
| 52Z609085F | 253535522F | 1/12/2026 | 7/9/2025 | 7/9/2025 | COMPREHENSIVE PATHOLOGY ASSOC | 42.00 | 38.10 | 3.90 | 0.00 |
| 52Z609085F | 253535522F | 1/12/2026 | 7/9/2025 | 7/9/2025 | COMPREHENSIVE PATHOLOGY ASSOC | 37.00 | 31.26 | 5.74 | 0.00 |
| 52Z609085F | 253535522F | 1/12/2026 | 7/9/2025 | 7/9/2025 | COMPREHENSIVE PATHOLOGY ASSOC | 30.00 | 25.31 | 4.69 | 0.00 |
| 52Z609085F | 253535522F | 1/12/2026 | 7/9/2025 | 7/9/2025 | COMPREHENSIVE PATHOLOGY ASSOC | 25.00 | 21.41 | 3.59 | 0.00 |
| 52Z609085F | 253535522F | 1/12/2026 | 7/9/2025 | 7/9/2025 | COMPREHENSIVE PATHOLOGY ASSOC | 19.00 | 16.24 | 2.76 | 0.00 |
| 52Z609085F | 253535522F | 1/12/2026 | 7/9/2025 | 7/9/2025 | COMPREHENSIVE PATHOLOGY ASSOC | 19.00 | 17.02 | 1.98 | 0.00 |
| 52Z609085F | 253535514F | 1/14/2026 | 7/10/2025 | 7/10/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 299.00 | 214.41 | 84.59 | 0.00 |
| 52Z609085F | 253535515F | 1/9/2026 | 7/10/2025 | 7/10/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 418.00 | 270.81 | 147.19 | 0.00 |
| 52Z609085F | 2607823705 | 3/19/2026 | 7/16/2025 | 7/16/2025 | AVENTURA SPINE AND WELLNESS | 2,807.03 | 0.00 | 0.00 | 0.00 |
| 52Z609085F | 253535513F | 1/12/2026 | 7/22/2025 | 7/22/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 336.00 | 244.77 | 91.23 | 0.00 |
| 52Z609085F | 253535513F | 1/12/2026 | 7/22/2025 | 7/22/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 87.00 | 59.84 | 27.16 | 0.00 |
| 52Z609085F | 253535513F | 1/12/2026 | 7/22/2025 | 7/22/2025 | BAPTIST HEALTH MEDICAL GROUP PHYSICIAN | 6.00 | 4.95 | 1.05 | 0.00 |
| Totals | | | | | | 32,436.03 | 12,730.43 | **16,898.57** | |

# EOB Detail Report

**Policy Number : 52ZA70382Y**

**Employee Name : ADRIEL VEGA**

**Date of Service : 08/11/2025 To 11/11/2025**

| Policy Number | Claim Number | Claim Issue Date | DOS From | DOS To | Prov Name | Total Charge | PPO Discount | Not Covered | Paid |
|---|---|---|---|---|---|---|---|---|---|
| 52ZA70382Y | 252625048H | 1/2/2026 | 8/12/2025 | 8/12/2025 | SOUTH BROWARD HOSPITAL DISTRICT | 1,082.00 | 636.74 | 445.26 | 0.00 |
| 52ZA70382Y | 253535538F | 1/9/2026 | 8/12/2025 | 8/12/2025 | RADIOLOGY ASSOCIATES OF HOLLYWOOD I | 80.00 | 0.00 | 80.00 | 0.00 |
| 52ZA70382Y | 253535539F | 1/9/2026 | 8/12/2025 | 8/12/2025 | FLORIDA PRACTITIONERS LLC | 146.00 | 76.09 | 69.91 | 0.00 |
| 52ZA70382Y | 253535540F | 1/29/2026 | 8/12/2025 | 8/12/2025 | SENTIENT PHYSICIANS PC | 4,371.00 | 0.00 | 4,371.00 | 0.00 |
| 52ZA70382Y | 253535540F | 1/29/2026 | 8/12/2025 | 8/12/2025 | SENTIENT PHYSICIANS PC | 1,128.00 | 0.00 | 1,128.00 | 0.00 |
| 52ZA70382Y | 253535540F | 1/29/2026 | 8/12/2025 | 8/12/2025 | SENTIENT PHYSICIANS PC | 3,563.00 | 0.00 | 3,563.00 | 0.00 |
| 52ZA70382Y | 253535540F | 1/29/2026 | 8/12/2025 | 8/12/2025 | SENTIENT PHYSICIANS PC | 406.00 | 0.00 | 406.00 | 0.00 |
| 52ZA70382Y | 253535540F | 1/29/2026 | 8/12/2025 | 8/12/2025 | SENTIENT PHYSICIANS PC | 406.00 | 0.00 | 406.00 | 0.00 |
| 52ZA70382Y | 253535541F | 1/9/2026 | 8/12/2025 | 8/12/2025 | FLORIDA PRACTITIONERS LLC | 1,800.00 | 1,432.69 | 367.31 | 0.00 |
| 52ZA70382Y | 253535542F | 1/12/2026 | 8/12/2025 | 8/12/2025 | MEMORIAL DIV NEUROSURGERY | 6,370.00 | 3,356.05 | 3,013.95 | 0.00 |
| 52ZA70382Y | 253535542F | 1/12/2026 | 8/12/2025 | 8/12/2025 | MEMORIAL DIV NEUROSURGERY | 2,829.00 | 1,525.01 | 1,303.99 | 0.00 |
| 52ZA70382Y | 253535542F | 1/12/2026 | 8/12/2025 | 8/12/2025 | MEMORIAL DIV NEUROSURGERY | 985.00 | 522.89 | 462.11 | 0.00 |
| 52ZA70382Y | 253535543F | 1/20/2026 | 8/12/2025 | 8/12/2025 | EASTSIDE HOSPITALISTS INC | 551.00 | 0.00 | 551.00 | 0.00 |
| 52ZA70382Y | 261547703A | 6/3/2026 | 8/12/2025 | 8/12/2025 | SHERIDAN HEALTHCORP INC | 4,324.00 | 0.00 | 4,324.00 | 0.00 |
| 52ZA70382Y | 252625048H | 1/2/2026 | 8/13/2025 | 8/13/2025 | SOUTH BROWARD HOSPITAL DISTRICT | 21,834.00 | 12,848.64 | 8,985.36 | 0.00 |
| 52ZA70382Y | 252625048H | 1/2/2026 | 8/13/2025 | 8/13/2025 | SOUTH BROWARD HOSPITAL DISTRICT | 9,318.50 | 5,483.83 | 3,834.67 | 0.00 |
| 52ZA70382Y | 252625048H | 1/2/2026 | 8/13/2025 | 8/13/2025 | SOUTH BROWARD HOSPITAL DISTRICT | 2,353.00 | 1,384.69 | 968.31 | 0.00 |
| 52ZA70382Y | 252625048H | 1/2/2026 | 8/13/2025 | 8/13/2025 | SOUTH BROWARD HOSPITAL DISTRICT | 22,589.00 | 13,293.38 | 9,295.62 | 0.00 |
| 52ZA70382Y | 253535536F | 1/12/2026 | 8/13/2025 | 8/13/2025 | PHARMACY | 4.20 | 0.00 | 4.20 | 0.00 |
| 52ZA70382Y | 253535537F | 1/9/2026 | 8/13/2025 | 8/13/2025 | EASTSIDE HOSPITALISTS INC | 432.00 | 0.00 | 432.00 | 0.00 |
| 52ZA70382Y | 253535535F | 1/20/2026 | 9/17/2025 | 9/17/2025 | SOUTH BROWARD HOSPITAL DISTRICT | 1,708.00 | 1,492.00 | 216.00 | 0.00 |
| Totals | | | | | | 86,279.70 | 42,052.01 | **44,227.69** | |