# COMPOSITE EXHIBIT 5

Filing # 249141322 E-Filed 05/28/2026 02:37:28 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I. CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ADRIEL VEGA
Plaintiff

Case # ________________
Judge ________________

vs.
FREEDOM LIFE INSURANCE COMPANY OF AMERICA
Defendant

---

### II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III. TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability—commercial
  ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure
  ☐ Homestead residential foreclosure
  ☐ Non-homestead residential foreclosure
  ☐ Other real property actions

☐Professional malpractice
  ☐ Malpractice—business
  ☐ Malpractice—medical
  ☐ Malpractice—other professional
☐ Other
  ☐ Antitrust/Trade regulation
  ☐ Business transactions
  ☐ Constitutional challenge—statute or ordinance
  ☐ Constitutional challenge—proposed amendment
  ☐ Corporate trusts
  ☐ Discrimination—employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

☐ Replevins
☐ Evictions
☐ Residential Evictions
☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

1

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
☐ yes
☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Hoss Hernandez  
Attorney or party

Fla. Bar # 852716  
(Bar # if attorney)

Hoss Hernandez  
(type or print name)

05/28/2026  
Date

Filing # 249141322 E-Filed 05/28/2026 02:37:28 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ADRIEL VEGA,
an individual

Plaintiff,

vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_______________________________/

**PLAINTIFFS' NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES**

Pursuant to Rule 1.340 of the Florida Rules of Civil Procedure, Plaintiff**,** ADRIEL VEGA by and through undersigned counsel, hereby propounds his First Set of Interrogatories upon Defendant, FREEDOM LIFE INSURANCE COMPANY OF AMERICA ("Defendant"), to be answered in writing, under oath, within forty-five (45) days.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via E-Filing Portal on this 28th day of May 2026.

Respectfully submitted,
*/s/ Hoss Hernandez*
HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305) 859-2222
Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## FIRST SET OF INTERROGATORIES

1. State your complete corporate name, nature of your business, whether you are licensed to do business in the State of Florida, whether you maintain agents for the transacting of your customary business in the county of the insured property, and whether your name as it appears in the Complaint is correct.

2. State the name and address of each person who has knowledge of the reasons that benefits were not paid or coverage was denied for this claim and state in detail the factual basis for the denial or refusal to pay the insured's claim.

3. List the names, addresses and telephone numbers of all persons (other than your own agents, representatives or employees) believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues raised by the pleadings, specifying the subject matter about which the witnesses have knowledge and state whether you have obtained any statements (oral, written and/or recorded) from any of said witnesses, list the dates any such witness statements were taken, by whom any such witness statements were taken and who has present possession, custody and control of any such statements.

4. List the names, residence addresses, business addresses and telephone numbers of all persons who, on your behalf or on behalf of any of your agents, employees or representatives, have in any way participated in the investigation, evaluation, adjusting or handling of the claim involved hereto and specify the nature of the participation for each and every such person and give the time period during which they participated.

5. For each decision that was made that the claim of the insured was allegedly not covered under the policy, please state the date you first decided that the insured was allegedly not covered under the policy, how you determined that the insured was allegedly not covered, the date you first

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

informed the insured that the claim was not covered, and the names, addresses and phone numbers and dates of involvement of each and every person that knows any information concerning these matters.

6. Set forth the provision of insurance contract that you claim excludes or limits coverage with regard to the claim(s) presented by the insured.

10. If you contend that the insured engaged in any fraud or misrepresentation, set forth the factual basis for this contention and identify each person having knowledge of the factual basis. Also, identify the specific oral or written statement that was made, to whom it was made, and the date the statement was made.

11. Set forth the date that your company was first notified of the insured's claim and describe in detail all efforts taken by your employees and representatives to investigate the claim.

12. Set forth in complete detail all statements made by the insured or his or her family members to your representatives and the date and location where the statement was made.

13. State the name and address of each witness that you have taken a statement from.

14. Set forth in detail the facts supporting your affirmative defenses.

15. Please describe each document and the date that you requested it from the insured and state whether or not you received the document.

23. If you contend that the insured did not comply with any condition precedent for filing a lawsuit on this claim, identify each condition precedent.

24. If you agreed to pay any part of the insured's claim prior to suit being filed, state the type and amount of claim you agreed to pay and the reason for payment.

25. If you contend that the lawsuit is premature set forth the factual basis of your contention and describe all investigation that needs completion.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

26. Set forth in detail the factual basis for each affirmative defense and identify the name and address of each person that has knowledge of the defense.

27. Set forth the factual basis to support the contention that the insured failed to cooperate in this claim.

**[SPACE INTENTIONALLY LEFT BLANK]**



HOSS HERNANDEZ, P.A. 3250 NW 7TH STREET, MIAMI, FL 33125
(T) (305) 895-2222 • (F) (305) 938-0771

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**READ CAREFULLY BEFORE SIGNING**
FREEDOM LIFE INSURANCE COMPANY OF AMERICA

STATE OF FLORIDA )
COUNTY OF )

The foregoing instrument was acknowledged before me this _____ day of ___________________, 2026, by ______________________________________ of STATE FARM FLORIDA INSURANCE COMPANY who is:

(Please check below)

1. _______ Personally known to me.

2. _______ Produced _______________________ as identification.

GIVEN UNDER my hand and official seal this _________ day of _____________________, 2026.

______________________________
(Signed)

______________________________
(Printed Name)

(Notary Seal)

Notary Public, State of Florida at Large

Notary ID No.: _____________(if applicable)

My Commission Expires: __________________ .



HOSS HERNANDEZ, P.A. 3250 NW 7TH STREET, MIAMI, FL 33125
(T) (305) 895-2222 • (F) (305) 938-0771

Filing # 249141322 E-Filed 05/28/2026 02:37:28 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ADRIEL VEGA,
an individual

Plaintiff,
vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_______________________________/

**PLAINTIFFS' F.R.C.P. 1.280 INITIAL DISCLOSURES**

**COMES NOW** the Plaintiff**,** ADRIEL VEGA by and through undersigned counsel, and hereby makes the following initial disclosures as required by F.R.C.P 1.280.

**INITIAL DISCOVERY DISCLOSURES**

**COMES NOW,** Plaintiff**,** ADRIEL VEGA, by and through its undersigned counsel, and pursuant to the Florida Rules of Civil Procedure 1.280, hereby files the following Initial Discovery Disclosures:

These initial disclosures represent Plaintiff**,** ADRIEL VEGA diligent and good faith efforts, without the benefit of discovery, to comply with all applicable rules and procedures. These initial disclosures are not intended, and should not be construed, to represent Plaintiff**,** ADRIEL VEGA opinions or beliefs that 1) the witnesses identifies actually have discoverable, non-privileged personal knowledge concerning significant actual issues specifically raised in the pleadings 2) the documents identified or made available in fact support its contentions with respect to any significant factual issues in this case. Plaintiff**,** ADRIEL VEGA disclosures are

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

made without waiving the right to object on any proper grounds to the use of any such information, for any purposes, in whole or in part, in any subsequent stage of the proceeding involving or relating to the subject matter of these disclosures. Plaintiff**,** ADRIEL VEGA will further supplement these disclosures pursuant to any order of the Court applicable provision of the Florida Rules of Civil Procedure and/or Local Rules, if such supplementation is required.

**WITNESSES**

The following are the names, addresses, and phone numbers of each individual likely to have discoverable information – along with the subjects of that information- that Plaintiff**,** ADRIEL VEGA may use to support their claims or defenses:

**Individuals Likely to Have Discoverable Information:**

1. ADRIEL VEGA, (Plaintiff) – c/o Hoss Hernandez, P.A., 3250 N.W. 7th Street, Miami, FL 33125.
2. FREEDOM LIFE INSURANCE COMPANY OF AMERICA, (Defendant) – 300 Burnett Street, #200, Fort Worth, TX 76102-2734.
3. FREEDOM LIFE INSURANCE COMPANY OF AMERICA, Customer Affairs, Customer Service Department, 300 Burnett Street, Suite 200, Fort Worth, TX 76102.
4. FREEDOM LIFE INSURANCE COMPANY OF AMERICA, Appeals Team, Customer Service Department, 300 Burnett Street, Suite 200, Fort Worth, TX 76102.

Plaintiff**,** ADRIEL VEGA reserves the right to supplement this witness disclosure with immediate notice to all parties and add any witnesses which subsequently become known and information with regard to which is disclosed to all parties within a reasonable amount of time before trial.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

## DOCUMENTS

Plaintiff, ADRIEL VEGA states that the following documents are in their possession, custody, or control and may contain discoverable information:

1. Correspondence between Plaintiff and Defendant and its representatives.

Documents will be made available and exchanged through discovery.

Plaintiff, ADRIEL VEGA reserves the right to amend and supplement this Exhibit Disclosure with immediate notice to all parties and add any exhibits which subsequently become known and information with regard to which is disclosed to all parties within a reasonable amount of time before trial.

## DAMAGES

**C. Computation of Damages for** ADRIEL VEGA:

1. Economic Damages:

These damages do not include attorney's fees, costs and/or potential bad faith claims against Defendant.

## CERTIFICATE OF COMPLIANCE WITH FLORIDA RULE OF CIVIL PROCEDURE 1.280

I HEREBY CERTIFY that, in accordance with Florida Rule of Civil Procedure 1.280(k), to the best of my knowledge, information, and belief, these discovery requests are consistent with the rules of civil procedure; warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law; not interposed for any improper purpose; and not unreasonably or unduly burdensome or expensive given the circumstances of the case.

*/s/ Hoss Hernandez, Esq.*

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via E-Filing Portal on this 28th day of May 2026.

Respectfully submitted,
*/s/ Hoss Hernandez*

HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305) 859-2222
Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com

Filing # 249141322 E-Filed 05/28/2026 02:37:28 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ADRIEL VEGA,
an individual

Plaintiff,

vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_______________________________/

**PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS**

Plaintiff**,** ADRIEL VEGA (hereinafter "Plaintiffs"), by and through undersigned counsel and pursuant to Rule 1.370 of the Florida Rules of Civil Procedure, requests Defendant, FREEDOM LIFE INSURANCE COMPANY OF AMERICA (hereinafter "Defendant"), to admit or deny the following:

1. Admit that at all times material to the Complaint filed herein, Defendant was and is an insurance company duly licensed to transact the business of insurance in Miami-Dade County, Florida.

2. Admit that Defendant maintains agents in Miami-Dade County, Florida for the transaction of its customary business.

3. Admit that venue lies in Miami-Dade County, Florida, for this action.

4. Admit that all of the Defendant's representatives that reviewed Plaintiff's claims were agents of the Defendant and acted within the scope and course of their agency.


HOSS HERNANDEZ, P.A., 3250 NW 7TH STREET, MIAMI, FL 33125
(T) (305) 859-2222 • (F) (305) 938-0771

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

5. Admit that the above-styled court, in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, has jurisdiction over the action of Plaintiff against Defendant.

6. Admit that Defendant issued policy number of 52Z609085F to the Plaintiff and that it provided coverage to claims submitted as a result of the surgery that Plaintiff underwent on August 12th, 2025.

7. Admit that the policy Defendant issued under policy number 52Z609085F (provides insurance coverage against the claims alleged in the Complaint.

8. Admit that the Defendant agrees that the claim subject to this lawsuit is covered under the Defendant's insurance policy.

9. Admit that all premiums required for purchase of the policy were paid.

10. Admit that the Plaintiff has made no material misrepresentation in the application of insurance.

11. Admit that the Plaintiff has not made any false statements or engaged in any concealment in this claim.

12. Admit that Defendant is required to pay Plaintiff's attorney's fees and costs pursuant to Section 627.428, Florida Statutes.

13. Admit that Plaintiff has provided documents to Defendant to aid its investigation.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via E-Filing Portal on this 28th date of May 2026.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Respectfully submitted,
*/s/ Hoss Hernandez*
HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305) 859-2222
Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com

Filing # 249141322 E-Filed 05/28/2026 02:37:28 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

ADRIEL VEGA,
an individual

Plaintiff,
vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_______________________________/

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION**

Plaintiff, ADRIEL VEGA by and through undersigned counsel and pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, requests the Defendant, FREEDOM LIFE INSURANCE COMPANY OF AMERICA ("Defendant"), to produce for copying at the office of the undersigned, the following documents and things within forty-five (45) days.

**DOCUMENTS REQUESTED**

1. A true and correct certified copy of the insurance policy provided by Defendant to Plaintiff, for which this lawsuit is premised, including but not limited to, declaration sheet(s), all addendums and attachments.
2. Each and every document, evidencing the name, address, and the position/relationship with Defendant, of every individual who has reviewed the claim on behalf of Defendant.
3. Any and all correspondence, emails, letters, or written communications from Defendant to Plaintiff, or Plaintiff's agents, which in any manner pertain to the Plaintiff's claim as described in the Complaint.
4. Any and all correspondence, emails, letters, or written communications from the Plaintiff,


HOSS HERNANDEZ, P.A.., 3250 NW 7TH STREET, MIAMI, FL 33125
(T) (305) 859.2222 • (F) (305) 938-0771

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

or Plaintiff's agents, to Defendant, which in any manner pertains to the Plaintiff's claim as described in the Complaint.

5. Any and all recorded statements and any transcripts of any recorded statements in Defendant's possession taken of Plaintiff by Defendant for the claim as described in the Complaint.
6. Any and all recorded statements and any transcripts of any recorded statements in Defendant's possession taken of any witnesses by Defendant for the claim as described in the Complaint.
7. Any and all copies of checks or proof of payment issued by Defendant for the claim as described in the Complaint.
8. Any and all denial letters sent to Plaintiff by Defendant.
9. Any and all payment letters sent to Plaintiff by Defendant.
10. The initial document(s) provided to Defendant by Plaintiff or her representatives giving notice of the claim as described in the Complaint.
11. Any and all applications for insurance filled out by Plaintiff.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed via E-Filing Portal on this 28th day of May 2026.

Respectfully submitted,
*/s/ Hoss Hernandez*
HOSS HERNANDEZ, ESQ.
Florida Bar No.: 852716
3250 NW 7th Street
Miami, Florida 33125
Tel: (305) 859-2222
Fax: (305) 938-0771
Email: hosshernandezpa@gmail.com

Filing # 249143966 E-Filed 05/28/2026 02:52:03 PM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2026-010792-CA-01

ADRIEL VEGA,
an individual

Plaintiff,

vs.

**CIVIL ACTION SUMMONS**

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.

______________________________/

STATE OF FLORIDA:

To each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

FREEDOM LIFE INSURANCE COMPANY OF AMERICA
**By Serving:** **c/o Department of Financial Services**
UNITED AGENT GROUP INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

**A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court.** A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning form the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the telephone book).

If you choose to file a written response yourself, at the same time you file a written response to the Court located at:

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Osvaldo N. Soto Miami-Dade Justice Center
201 N.W. 1st Avenue
6th Floor – Room 240
Miami, FL 33128

Additional court locations are printed on the back of this form.

You must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney", named below:

Hoss Hernandez, Esq.
Hoss Hernandez, P.A.
3250 NW 7th Street
Miami, FL 33125
(305) 859-2222 - Telephone
hosshernandezpa@gmail.com

**IMPORTANTE**

**Usted a sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.** Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desa, usted puede consultar un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Osvaldo N. Soto Miami-Dade Justice Center
201 N.W. 1st Avenue
6th Floor – Room 240
Miami, FL 33128

**(Ubicaciones adicionales de Tribunales se encuentran al final de este formulario)**

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's Office]. Estos documentos pueden ser revisados a su solicitud.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Usted debe mantener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papeles que se presenten en el futuro en esta demanda seran enviados por correo a la direccion que este registrada en la oficina del Secretario.

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida (Florida Family Rules of Procedure), require cierta revelacion automatica de documents e informacion. El incumplimiento, puede resultar en saciones, incluyendo la deseestimacion de los alegatos.**

**ACTO DE AMERICANOS CON INCAPACIDADES DE 1990**

Si usted es una persona con una incapacidad y necesita cualquier facilitamiento para participar en este proceso, usted tiene derecho, sin costo alguno para usted, a la provision de cierta ayuda. Contacte por favor al Coordinador de ADA en el 73 de la Calle Flagler Oeste, Oficina 1600, Miami, Florida 33130, telefonos numeros (305)-375-2006 oara voz, (305)-375-2007 para TDD y (305)-350-6205 para fax, dentro de los dos (2) dias laborables siguientes a usted haber recibido este documento. Los usuarios de TDD pueden tambien llamar al 1-800-955-8771, para el servicio de Relevo de la Florida.

---

**ENPÒTAN**

**Gen yo prose kont ou nan tribunal ou gen 20 jou travay apre yo sévi ou manda konparét pou depoze yon repons sou papie nan biro grefie tribunal la.** Yon kout telefón sèlman pap pwoteje-w. O dwe depoze repons ou sou papie, avèk nimero ka a ki make nan tèt papie sa a, ak non moun yo ki annafè, si ou vie tribunal la tande pozision pa-w la. Si ou pa depoze repons ou sou papie atan, ou ka pèdi pwozè a, e apre sa yo ka sezi chèk travay ou, lajan-w ak byen ou genyen, san tribunal la pa fèou konnen davans. Gen lót obligasion legal. Ou kapab vie pran yon avoka tou suit. Si ou pa konnen yon avoka, ou kapab rele sèvis referans avoka yo oubyen yon biro èd legal (wa jwenn nimero a nan liv telefón nan) Si ou chwazi pou depoze pou kont ou yon repons sou papie ou dwe non sèlman depoze yon repons sou papie nan tribunal la, men ou dwe poste oubyen pote ale menm lè a tou yon repons sou papie bay moun ki gen adrès li anba sou papie sa a, epi depoze repons ou pou tribunal la ki nan adrès sa a:

Osvaldo N. Soto Miami-Dade Justice Center
201 N.W. 1st Avenue
6th Floor – Room 240
Miami, FL 33128

**(wa wè adrés lót tribunal yo an ba form sa a)**

Fotokopi tout dokiman tribunal sa yo, ansanm avek arestasyon yo, disponib nan biwo sekretè tribunal la. Ou ka revize dokiman yo, si w mande sa.

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Ou dwe bay sekretè a adres kote w abite korenye a. Pwochen dokiman pwosè sa yo y ap voye yo nan adres ou ap bay nan biwo sekretè a.

**ATTENTION: RèG 12.285 pami tout RèG de pwosedi sou zafè dwa lafamily nan Florid egzije key o founi séten ranséyman ak séten dokiman a pati advésé-a. Y ap pran sanksyon tout moun ki refize founi dokiman sa yo. Menm sanksyon sa yo valab pou moun ki rejte oudimwens dezobeyi pwsosedi sa yo ikonpri anilasyon ak rejè tout akizasyon sa yo.**

**AMERICAN POU ENFIMITE NAN AK 1990**

Si w se yon moun ki andikape ki bezwen nenpot ki aranjman pou patisipe nan pwosedi sa a, ou gen dwa, san ke w pa gen pou peye anyen, pou yo mete a dispozisyon ou yon seri de asistans. Tampri rantre an kontak ak kowodinate ADA tribunal nan konte dade la nan 73 West Flagler

Street, Sal 1600, Miami, Florida, 33130, nimewo telefon yo se (305)-275-2006 pou pale, (305)-375-2007 pou moun ki soud ak (305)-350-6205 pou faks, nan yo dele de de (2) jou travay apre ke yo resevwa dokiman sa a, moun ki soud yo ka rele 1-800-955-8771-tou, pou sevis.

TO EACH SHERIFF OF THE STATE OF FLORIDA:

You are commanded to serve this Summons and a copy of the Complaint/Petition of this lawsuit on the above-named Defendant(s):

WITNESS my hand and seal of said Court on this ____ day of May 2026.

Clerk of Courts

By: ___________________________
As Deputy Clerk

(COURT SEAL)

Filing # 249143966 E-Filed 05/28/2026 02:52:03 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2026-010792-CA-01

ADRIEL VEGA,
an individual

Plaintiff,

vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_____________________________/

**CIVIL ACTION SUMMONS**

STATE OF FLORIDA:

To each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

FREEDOM LIFE INSURANCE COMPANY OF AMERICA
**By Serving:** **c/o Department of Financial Services**
UNITED AGENT GROUP INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

**A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court.** A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning form the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the telephone book).

If you choose to file a written response yourself, at the same time you file a written response to the Court located at:

Osvaldo N. Soto Miami-Dade Justice Center
201 N.W. 1st Avenue
6th Floor – Room 240
Miami, FL 33128

Additional court locations are printed on the back of this form.

You must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney", named below:

Hoss Hernandez, Esq.
Hoss Hernandez, P.A.
3250 NW 7th Street
Miami, FL 33125
(305) 859-2222 - Telephone
hosshernandezpa@gmail.com

**IMPORTANTE**

**Usted a sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.** Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presenter su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desa, usted puede consultar un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Osvaldo N. Soto Miami-Dade Justice Center
201 N.W. 1st Avenue
6th Floor – Room 240
Miami, FL 33128

**(Ubicaciones adicionales de Tribunales se encuentran al final de este formulario)**

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's Office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe mantener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papeles que se presenten en el futuro en esta demanda seran enviados por correo a la direccion que este registrada en la oficina del Secretario.

**ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida (Florida Family Rules of Procedure), require cierta revelacion automatica de documents e informacion. El incumplimiento, puede resultar en saciones, incluyendo la deseestimacion de los alegatos.**

**ACTO DE AMERICANOS CON INCAPACIDADES DE 1990**

Si usted es una persona con una incapacidad y necesita cualquier facilitamiento para participar en este proceso, usted tiene derecho, sin costo alguno para usted, a la provision de cierta ayuda. Contacte por favor al Coordinador de ADA en el 73 de la Calle Flagler Oeste, Oficina 1600, Miami, Florida 33130, telefonos numeros (305)-375-2006 oara voz, (305)-375-2007 para TDD y (305)-350-6205 para fax, dentro de los dos (2) dias laborables siguientes a usted haber recibido este documento. Los usuarios de TDD pueden tambien llamar al 1-800-955-8771, para el servicio de Relevo de la Florida.

---

**ENPÒTAN**

**Gen yo prose kont ou nan tribunal ou gen 20 jou travay apre yo sévi ou manda konparét pou depoze yon repons sou papie nan biro grefie tribunal la.** Yon kout telefón sèlman pap pwoteje-w. O dwe depoze repons ou sou papie, avèk nimero ka a ki make nan tèt papie sa a, ak non moun yo ki annafè, si ou vie tribunal la tande pozision pa-w la. Si ou pa depoze repons ou sou papie atan, ou ka pèdi pwozè a, e apre sa yo ka sezi chèk travay ou, lajan-w ak byen ou genyen, san tribunal la pa fèou konnen davans. Gen lót obligasion legal. Ou kapab vie pran yon avoka tou suit. Si ou pa konnen yon avoka, ou kapab rele sèvis referans avoka yo oubyen yon biro èd legal (wa jwenn nimero a nan liv telefón nan) Si ou chwazi pou depoze pou kont ou yon repons sou papie ou dwe non sèlman depoze yon repons sou papie nan tribunal la, men ou dwe poste oubyen pote ale menm lè a tou yon repons sou papie bay moun ki gen adrès li anba sou papie sa a, epi depoze repons ou pou tribunal la ki nan adrès sa a:

Osvaldo N. Soto Miami-Dade Justice Center
201 N.W. 1st Avenue
6th Floor – Room 240
Miami, FL 33128

**(wa wè adrés lót tribunal yo an ba form sa a)**

Fotokopi tout dokiman tribunal sa yo, ansanm avek arestasyon yo, disponib nan biwo sekretè tribunal la. Ou ka revize dokiman yo, si w mande sa.

Ou dwe bay sekretè a adres kote w abite korenye a. Pwochen dokiman pwosè sa yo y ap voye yo nan adres ou ap bay nan biwo sekretè a.

**ATTENTION: RèG 12.285 pami tout RèG de pwosedi sou zafè dwa lafamily nan Florid egzije key o founi séten ranséyman ak séten dokiman a pati advésé-a. Y ap pran sanksyon tout moun ki refize founi dokiman sa yo. Menm sanksyon sa yo valab pou moun ki rejte oudimwens dezobeyi pwsosedi sa yo ikonpri anilasyon ak rejè tout akizasyon sa yo.**

**AMERICAN POU ENFIMITE NAN AK 1990**

Si w se yon moun ki andikape ki bezwen nenpot ki aranjman pou patisipe nan pwosedi sa a, ou gen dwa, san ke w pa gen pou peye anyen, pou yo mete a dispozisyon ou yon seri de asistans. Tampri rantre an kontak ak kowodinate ADA tribunal nan konte dade la nan 73 West Flagler

Street, Sal 1600, Miami, Florida, 33130, nimewo telefon yo se (305)-275-2006 pou pale, (305)-375-2007 pou moun ki soud ak (305)-350-6205 pou faks, nan yo dele de de (2) jou travay apre ke yo resevwa dokiman sa a, moun ki soud yo ka rele 1-800-955-8771-tou, pou sevis.

TO EACH SHERIFF OF THE STATE OF FLORIDA:

You are commanded to serve this Summons and a copy of the Complaint/Petition of this lawsuit on the above-named Defendant(s):

6/1/2026

WITNESS my hand and seal of said Court on this ____ day of May 2026.

Clerk of Courts

By: ______________________ 38084

As Deputy Clerk

(COURT SEAL)

Filing # 249926885 E-Filed 06/09/2026 10:52:37 AM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

# VERIFIED RETURN OF SERVICE

**State of Florida** **County of Miami-Dade** **Circuit Court**

Case Number: 2026010792CA01

Plaintiff:
**Adriel Vega**

vs.

Defendant:
**Freedom Life Insurance Company of America,a Foreign Profit Corp.**

For:
HOSS HERNANDEZ,ESQUIRE
3250 NW 7TH STREET
MIAMI, FL 33125

Received by Holly Slater on the 3rd day of June, 2026 at 6:29 am to be served on **FREEDOM LIFE INSURANCE COMPANY OF AMERICA C/O DEPT OF FINANCIAL SERIVCES, UNITED AGENT GROUP INC., 801 US HWY 1, NORTH PALM BEACH, FL 33408.**

I, Holly Slater, do hereby affirm that on the **3rd day of June, 2026 at 9:55 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint;Plaintiff's First Request for Production;Plaintiff's First Request for Admissions;Plaintiff's F.R.C.P.1.280 Initial Disclosures;Plaintiff's Notice of Service of First set of Interrogatories;** with the date and hour of service endorsed thereon by me, to: **GEORJA JOSEPH** as **CLERK** for **FREEDOM LIFE INSURANCE COMPANY OF AMERICA C/O DEPT OF FINANCIAL SERIVCES**, at the address of: **UNITED AGENT GROUP INC., 801 US HWY 1, NORTH PALM BEACH, FL 33408**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: Black, Height: Seat, Weight: 160, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, a member in good standing in the county in which service was effected in accordance with State Statute,in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

**Holly Slater**
CPS#2097

**AJS PROCESS SERVICE**
**9236 NW 1ST STREET**
**PEMBROKE PINES, FL 33024**

Our Job Serial Number: APO-2026001390

Copyright © 1992-2026 DreamBuilt Software, LLC - Process Server's Toolbox V9.0e

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

Filing # 249143966 E-Filed 05/28/2026 02:52:03 PM

DELIVERED 6/3/2026 9:55 AM
SERVER HS
LICENSE CPS#2097

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2026-010792-CA-01

ADRIEL VEGA,
an individual

Plaintiff,

vs.

FREEDOM LIFE INSURANCE COMPANY OF AMERICA,
a Foreign Profit Corporation

Defendant.
_______________________________/

**CIVIL ACTION SUMMONS**

STATE OF FLORIDA:

To each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on Defendant:

FREEDOM LIFE INSURANCE COMPANY OF AMERICA
**By Serving:** **c/o Department of Financial Services**
UNITED AGENT GROUP INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

**A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court.** A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning form the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the telephone book).

If you choose to file a written response yourself, at the same time you file a written response to the Court located at:

Filing # 250988290 E-Filed 06/23/2026 11:49:21 AM
NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT, IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

ADRIEL VEGA,

Plaintiff,

v.

Case No.: 2026-010792-CA-01

FREEDOM LIFE INSURANCE COMPANY
OF AMERICA, a Foreign Profit Corporation,

Defendant.
_________________________________________/

**NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY AND SECONDARY E-MAIL ADDRESSES**

Irene Bassel Frick and Scott E. Allbright, Jr. of the law firm of Akerman LLP hereby give notice of their appearance as counsel on behalf of Defendant, FREEDOM LIFE INSURANCE COMPANY OF AMERICA and request that copies of all documents filed or served in this matter be served on them via the Florida Courts E-Filing Portal or at the address listed below, as appropriate.

In compliance with Fla. R. Gen. Prac. & Jud. Admin. 2.516(b)(1), Irene Bassel Frick and Scott E. Allbright, Jr. hereby designate the following primary and secondary e-mail addresses:

Primary E-mail: irene.basselfrick@akerman.com
Secondary E-mail: nicole.emmett@akerman.com

Primary E-mail: scott.allbright@akerman.com
Secondary email: debra.atkinson@akerman.com

Dated: June 23, 2026

Respectfully submitted,

*/s/Irene Bassel Frick*
**Irene Bassel Frick, Esq.**
Florida Bar No.: 0158739
Primary E-mail: irene.basselfrick@akerman.com
Secondary E-mail: nicole.emmett@akerman.com

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY - PUBLIC ACCESS

**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
Telephone: (813) 223-7333

*/s/ Scott E. Allbright, Jr.*
**Scott E. Allbright, Jr.**
Florida Bar No.: 102958
Primary E-mail: scott.allbright@akerman.com
Secondary E-mail: debra.atkinson@akerman.com
**AKERMAN LLP**
Three Brickell City Centre, Suite 1100
98 SE Seventh Street Miami, Florida 33131
Telephone: (305) 374-5600

*Counsel for Defendant,*
*FREEDOM LIFE INSURANCE COMPANY OF AMERICA*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the Florida Courts E-Filing Portal and served by email on June 23, 2026 upon the following:

Hoss Hernandez, Esquire
Hoss Hernandez P.A.
3250 NW 7th Street
Miami, Florida 33125
Email: hosshernandezpa@gmail.com

*/s/Irene Bassel Frick*
**Irene Bassel Frick, Esq.**
Florida Bar No.: 0158739