# EXHIBIT 6

## Case Information

**Local Case Number:** 2026-010792-CA-01

**State Case Number:** 132026CA01079201GE01

**Case Style:** ADRIEL VEGA vs FREEDOM LIFE INSURANCE COMPANY OF AMERICA

**Filing Date:** 05/28/2026

**Judicial Section:** CA27 - Downtown Miami - Judge Thomas, William

**Case Status:** OPEN

**Case Type:** Contract & Indebtedness

**Consolidated Case No.:**

## Related Cases

No data available

## Hearing Details

No data available

## Parties

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | VEGA, ADRIEL | **B#:** 852716 Hernandez, Hoss | |
| Defendant | FREEDOM LIFE INSURANCE COMPANY OF AMERICA | **B#:** 158739 Frick, Irene Bassel | **B#:** 102958 Allbright, Scott E |

## Dockets

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 14 | 06/23/2026 | | Notice of Appearance | Event | |
| 13 | 06/09/2026 | | Service Returned | Event | |
| 12 | 06/02/2026 | | Receipt: | Event | Receipt#:3140033 Amt Paid:$10.00 Name:HERNANDEZ, HOSS HOSS HERNANDEZ, PA 3250 NW 7 ST MIAMI FL 33125 Comment: Allocation Code Quantity Unit Amount 3139-Summons Issue Fee 1 $10.00 $10.00 Tender Type:eFilings Tender Amt:$10.00 Receipt Date:06/02/2026 Register#:314 Cashier:EFilingUser EFiling #:249143966 |
| 11 | 06/01/2026 | | Electronic Summons Email Notification Sent | Event | Hoss Hernandez |
| | 06/01/2026 | | 20 Day Summons Issued | Service | |
| 10 | 06/01/2026 | | ESummons 20 Day Issued | Event | Re: Index # 9. |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 8 | 05/29/2026 | | Receipt: | Event | Receipt#:3220207 Amt Paid:$401.00 Name:HERNANDEZ, HOSS HOSS HERNANDEZ, PA 3250 NW 7 ST MIAMI FL 33125 Comment: Allocation Code Quantity Unit Amount 3100-Circuit Filing Fee 1 $401.00 $401.00 Tender Type:eFilings Tender Amt:$401.00 Receipt Date:05/29/2026 Register#:322 Cashier:EFilingUser EFiling #:249141322 |
| 9 | 05/28/2026 | | (M) 20 Day (C) Summons (Sub) Received | Event | |
| 6 | 05/28/2026 | | Response to Request for Production | Event | |
| 5 | 05/28/2026 | | Request for Admissions | Event | |
| 4 | 05/28/2026 | | Certificate of Compliance | Event | |
| 3 | 05/28/2026 | | Notice of Interrogatory | Event | |
| 2 | 05/28/2026 | | Complaint | Event | |
| 1 | 05/28/2026 | | Civil Cover Sheet - Claim Amount | Event | |